UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Greystone CDE. LLC.,                                            Plaintiff,<br><br>-v-<br><br>Sante Fe Pointe. L.P.,<br>Sante Fe Pointe Management, LLC,<br>Rant LLC. and Theotis F. Oliphant,<br>                                                                  Defendant. | Case No. 07-08377-RPP<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Greystone CDE, LLC                        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: November 15, 2007

Signature of Attorney

Attorney Bar Code: SH 9889