Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| Greystone CDE, LLC, | Docket No. 07 civ. 8377 (RPP) |
| Plaintiff, | |
| - against - | |
| Sante Fe Pointe, L.P., | **NOTICE OF MOTION** |
| Sante Fe Pointe Management, LLC, | **FOR ENTRY OF** |
| Rant LLC, and | **DEFAULT JUDGMENT** |
| Theotis F. Oliphant | |
| Defendants. | |

-------------------------------------------------------------X

S I R S:

PLEASE TAKE NOTICE, that upon the Declaration of Stephen M. Harnik, Esq. dated November 5, 2007 with exhibits attached; the First Amended Complaint as of Right dated October 5, 2007; the Memorandum of Law of even date submitted herewith, and upon all prior pleadings and proceedings had herein, the undersigned will move this Honorable Court, Robert P. Patterson, Jr. United States District Judge, on the 9th day of November 2007 at 10:00 a.m. or as soon thereafter as counsel may be heard, or at such

other date and time as the court may direct, at the United States Federal Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order pursuant to Fed. R.Civ. P. 55(b)(2) for entry of a default judgment; for severance of plaintiff's claim for attorneys' fees pursuant to contract; and for such other and further relief as the Court deems just and proper under the circumstances.

Dated:    New York, New York
          November 5, 2007

                                        Harnik Wilker & Finkelstein LLP

                                        _____
                                        by: Stephen M. Harnik, Esq. (SH 9889)
                                        Attorneys for Plaintiff
                                        Greystone CDE, LLC
                                        645 Fifth Avenue, 7th Floor
                                        New York, NY  10022
                                        (212) 599-7575

To:   Ann McFarland Draper, Esq.
      Farber & Company
      Attorneys for Defendants
      847 Sansome Street Suite LL
      San Francisco, CA 94111
      (415) 434-5320