# EXHIBIT "A"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

GREYSTONE CDE, LLC

V.

SANTA FE POINTE, L.P., SANTA FE POINTE MANAGEMENT, LLC, RANT LLC
THEOTIS F. OLIPHANT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 8377**

**JUDGE PATTERSON**

TO: (Name and address of Defendant)

Santa Fe Pointe L.P., 16416 Oconee Creek Drive, Edmond, OK 73013
Santa Fe Pointe Management, LLC, 16416 Oconee Creek Drive, Edmond, OK 73013
Rant LLC, 113 Carmel Avenue, El Cerrito, CA 94530
Theotis F. Oliphant, 113 Carmel Avenue, El Cerrito, CA 94530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen M. Harnik, Esq.
Harnik Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor, NY, NY 10022
Tel. No. (212) 599-7575

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON   SEP 2 6 2007

CLERK /s/ Marcos Quinero   DATE

(By) DEPUTY CLERK