# EXHIBIT "C"

## Stephen M. Harnik

**From:** Ann Draper [ann.draper@farberandco.com]
**Sent:** Tuesday, October 09, 2007 12:44 PM
**To:** Stephen M. Harnik
**Subject:** RE: Greystone CDE v. Santa Fe Pointe LP, et al - Letter

Stephen Harnik,

Ann Draper is out of the office for the next 2 days, in trial. Expect a response when she returns on Thursday.

Sincerely,

Heather Haggmark
Paralegal

---

**From:** Stephen M. Harnik [mailto:stephen@harnik.com]
**Sent:** Monday, October 08, 2007 2:15 PM
**To:** Ann Draper
**Cc:** Jonathan Lienhard
**Subject:** RE: Greystone CDE v. Santa Fe Pointe LP, et al - Letter

Herewith the exhibits as requested.

Defendants agreed that service of process may be effected by registered or certified mail (or any substantially similar form of mail). We served the summons and complaint by Fedex. Copies of the confirmations of delivery are annexed. If you require additional time to answer, please let me know.

Stephen M. Harnik, Esq.
Harnik Wilker & Finkelstein LLP
Olympic Tower
645 Fifth Avenue, 7th floor
New York, NY 10022-5937
Tel: (212) 599-7575
Fax: (212) 867-8120
e-mail: stephen@harnik.com

Visit us at our website: www.harnik.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (office@harnik.com), and destroy the original message. Thank you.

---

**From:** Ann Draper [mailto:ann.draper@farberandco.com]
**Sent:** Friday, October 05, 2007 10:07 PM
**To:** Stephen M. Harnik

## Stephen M. Harnik

**From:** Stephen M. Harnik
**Sent:** Monday, October 08, 2007 5:15 PM
**To:** 'Ann Draper'
**Cc:** 'Jonathan Lienhard'
**Subject:** RE: Greystone CDE v. Santa Fe Pointe LP, et al - Letter

Herewith the exhibits as requested.

Defendants agreed that service of process may be effected by registered or certified mail (or any substantially similar form of mail). We served the summons and complaint by Fedex. Copies of the confirmations of delivery are annexed. If you require additional time to answer, please let me know.

Stephen M. Harnik, Esq.
Harnik Wilker & Finkelstein LLP
Olympic Tower
645 Fifth Avenue, 7th floor
New York, NY 10022-5937
Tel: (212) 599-7575
Fax: (212) 867-8120
e-mail: stephen@harnik.com

Visit us at our website: www.harnik.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (office@harnik.com), and destroy the original message. Thank you.

---

**From:** Ann Draper [mailto:ann.draper@farberandco.com]
**Sent:** Friday, October 05, 2007 10:07 PM
**To:** Stephen M. Harnik
**Subject:** RE: Greystone CDE v. Santa Fe Pointe LP, et al - Letter

Please email us copies of the exhibits to the First amended Complaint.

Please also note that none of the defendants have appeared in the action, nor have I been able to verify that any of them has been served. Please advise as to the date and manner of service as to each of the defendants. In the meantime, you are welcome to send the First Amended Complaint to this firm with Rule 4(d) waiver forms.

Ann Draper

---

**From:** Stephen M. Harnik [mailto:stephen@harnik.com]
**Sent:** Friday, October 05, 2007 2:46 PM
**To:** Ann Draper
**Cc:** Jonathan Lienhard; Christian Votava
**Subject:** RE: Greystone CDE v. Santa Fe Pointe LP, et al - Letter

10/8/2007