# EXHIBIT "D"

Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Greystone CDE, LLC,                                                Docket No. 07 civ. 8377 (RPP)

                         Plaintiff,
     - against -
Sante Fe Pointe, L.P.,
Sante Fe Pointe Management, LLC,                      **AFFIDAVIT OF SERVICE**
Rant LLC, and
Theotis F. Oliphant
                         Defendants.
-------------------------------------------------------------X


STATE OF NEW YORK   )
                                )ss.:
COUNTY OF NEW YORK  )

     I, Sarah C. Claridad, being sworn, say:

     I am not a party to the action, am over 18 years of age and reside at 1515 Lexington Avenue, New York, N.Y. 10029.

     On the 27th day of September, 2007 I served the Summons and Complaint herein by depositing a true copy thereof with Federal Express addressed to the defendants as follows:

          Sante Fe Pointe L.P., 16416 Oconee Creek Drive, Edmond, OK 73013
          Sante Fe Pointe Management, LLC, 16416 Oconee Creek Drive, Edmond, OK 73013
          Rant LLC, 113 Carmel Avenue, El Cerrito, CA 94530
          Theotis F. Oliphant, 113 Carmel Avenue, El Cerrito, CA 94530

That on the 5th day of October, 2007, I served the First Amended Complaint As of Right by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the person at the last known address set forth:

> Farber & Company Attorneys, LLP
> Attorneys for Defendants
> 847 Sansome Street, Suite LL
> San Francisco, California 94111
> Att'n: Ann McFarland Draper, Esq.

_____
Sarah C. Claridad

Sworn to before me the
24th day of October, 2007.

_____
Notary Public
STEPHEN M. HARNIK
Notary Public State of New York
No. 02HA-4694243
Qualified in New York County
Commission Expires May 31, 2011