# EXHIBIT "E"

Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Greystone CDE, LLC,                                                              Docket No. 07 civ. 8377 (RPP)

                            Plaintiff,
             - against -
Sante Fe Pointe, L.P.,                                                              **DEFAULT JUDGMENT**
Sante Fe Pointe Management, LLC,
Rant LLC, and
Theotis F. Oliphant

                          Defendants.
-----------------------------------------------------------------X

      This action having been commenced on September 26, 2007, by the filing of the Summons and Complaint, and copies of the Summons and Complaint and the First Amended Complaint as of Right having been duly served upon the defendants, and proof of service thereof having been filed, and the defendants Sante Fe Pointe L.P., Sante Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant not having answered the Complaint and/or the First Amended Complaint, and the time for answering the Complaint and/or the First Amended Complaint as of Right having expired, it is

      ORDERED, ADJUDGED AND DECREED: that the Plaintiff have judgment against the defendants Sante Fe Pointe L.P., Sante Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant jointly and severally in the liquidated amount of $534,594.51 together with interest at the agreed upon *per diem* default rate of $166.67 from August 21, 2007, amounting to $_____

plus costs of $350 amounting in all to $_____; and it is further

ORDERED, that Plaintiff's claim for attorneys' fees pursuant to contract is hereby severed and reserved for disposition at a later date.

Dated: New York, NY
      October ___, 2007

_____
U.S.D.J.

Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greystone CDE, LLC,                                              Docket No. 07 civ. 8377 (RPP)

                Plaintiff,
    - against -
Sante Fe Pointe, L.P.,                                           **CLERK'S CERTIFICATE**
Sante Fe Pointe Management, LLC,
Rant LLC, and
Theotis F. Oliphant

                Defendants.
------------------------------------------------------------X

      I, J. Michael McMahon, Clerk of the Court, do hereby certify that this action was commenced on September 26, 2007; that according to the affidavit of Sarah C. Claridad, sworn to October 24, 2007, on September 27, 2007, service was made upon defendants Sante Fe Pointe L.P., Sante Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant by delivering true copies of the Summons and Complaint to Federal Express (airway bills and delivery confirmation on September 28, 2007 attached hereto as exhibit "1"); that the Partner Guaranty, Pledge and Security Agreement with plaintiff (annexed to the Complaint as exhibit "D") and the Developer Limited Guaranty, Pledge and Security Agreement (annexed to the Complaint as exhibit "E) each duly signed by the defendants herein, provide in pertinent part that "SERVICE OF PROCESS…MAY BE EFFECTED BY MAILING A COPY THEREOF BY REGISTERED OR CERTIFIED MAIL (OR ANY

1

SUBSTANTIALLY SIMILAR FORM OF MAIL) TO THE [DEFENDANTS]; that on October 1, 2007 Ann McFarland Draper, Esq., wrote plaintiff's attorney that she represented the defendants (exhibit 2 hereto); that according to the affidavit of Sarah C. Claridad, on October 5, 2007 the First Amended Complaint as of Right was served upon Ms. Draper by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to Ms. Draper; that the docket entry shows that no defendant herein has either answered or moved for an extension of time to respond to the Summons and Complaint and/or the First Amended Complaint as of Right and that they each are now in default of the Summons.

                      Clerk

                      _____

                      Deputy Clerk

                      _____

# EXHIBIT 1

# FedEx

Close Window

## Track Shipments/FedEx Kinko's Orders
### Detailed Results

Print

*RANT LLC*

| | | | |
|---|---|---|---|
| Tracking number | 799724262873 | Destination | El Cerrito, CA |
| Signed for by | Signature release on file | Delivered to | Residence |
| Ship date | Sep 27, 2007 | Service type | Standard Pak |
| Delivery date | Sep 28, 2007 12:49 PM | Weight | 3.0 lbs. |
| Status | Delivered | | |
| Signature image available | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 28, 2007 | 12:49 PM | Delivered | El Cerrito, CA | Left at front door. Package delivered to recipient address - release authorized |
| | 8:04 AM | On FedEx vehicle for delivery | EMERYVILLE, CA | |
| | 7:42 AM | At local FedEx facility | EMERYVILLE, CA | |
| | 7:35 AM | Departed FedEx location | OAKLAND, CA | |
| | 6:15 AM | Arrived at FedEx location | OAKLAND, CA | |
| | 4:20 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:34 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:15 AM | Departed FedEx location | NEWARK, NJ | |
| Sep 27, 2007 | 10:15 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:57 PM | Left origin | NEW YORK, NY | |
| | 5:55 PM | Picked up | NEW YORK, NY | |
| | 1:31 PM | Package data transmitted to FedEx | | |

[ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: _____    Your E-mail Address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

https://www.fedex.com/Tracking?action=track&    10/8/2007



Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Rani LLC<br>113 Carmel Avenue<br>El Cerrito, CA 94530<br>US<br>510-390-0415 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared value:<br>Shipper account number:<br>Bill transportation to:<br>Courtesy rate quote:*<br>Discounted variable %<br>Cod amount<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | FedEx Pak<br>give to scheduled courier at my location<br>3 LBS<br>0 x 0 x 0 in<br>0 USD<br>148437351<br>148437351<br>16.72<br><br><br><br><br>Express<br>Commercial |
| From: | Stephen Harnik<br>HARNIK WILKER &<br>FINKELSTEIN<br>645 FIFTH AVENUE, 7TH FLOOR<br>NEW YORK, NY 10022<br>US<br>2125997575 | | |
| Tracking no:<br>Ship date:<br>Service type: | 799724262873<br>Sep 27 2007<br>Standard Overnight | | |

**Please note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**FedEx**

Close Window

Track Shipments/FedEx Kinko's Orders
Detailed Results

Print

*THEOTIS F. OLIPHANT*

| | | | |
|---|---|---|---|
| **Tracking number** | 792570783613 | **Destination** | El Cerrito, CA |
| **Signed for by** | Signature release on file | **Delivered to** | Residence |
| **Ship date** | Sep 27, 2007 | **Service type** | Standard Pak |
| **Delivery date** | Sep 28, 2007 12:49 PM | **Weight** | 3.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 28, 2007 | 12:49 PM | Delivered | El Cerrito, CA | Left at front door. Package delivered to recipient address - release authorized |
| | 8:04 AM | On FedEx vehicle for delivery | EMERYVILLE, CA | |
| | 7:43 AM | At local FedEx facility | EMERYVILLE, CA | |
| | 7:35 AM | Departed FedEx location | OAKLAND, CA | |
| | 6:15 AM | Arrived at FedEx location | OAKLAND, CA | |
| | 4:20 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:34 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:15 AM | Departed FedEx location | NEWARK, NJ | |
| Sep 27, 2007 | 10:15 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:57 PM | Left origin | NEW YORK, NY | |
| | 5:55 PM | Picked up | NEW YORK, NY | |
| | 1:28 PM | Package data transmitted to FedEx | | |

[ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: _____    Your E-mail Address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

https://www.fedex.com/Tracking?action=track&    10/8/2007



Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Theotis F. Oliphant | Package type: | FedEx Pak |
| | | Pickup/Drop Off: | give to scheduled courier at my location |
| | 113 Carmel Avenue | Weight: | 3 LBS |
| | El Cerrito, CA 94530 | Dimensions: | 0 x 0 x 0 in |
| | US | Declared value: | 0 USD |
| | 510-390-0415 | Shipper account number: | 148437351 |
| From: | Stephen Harnik | Bill transportation to: | 148437351 |
| | HARNIK WILKER & FINKELSTEIN | Courtesy rate quote:* | 16.72 |
| | 645 FIFTH AVENUE, 7TH FLOOR | Discounted variable % | |
| | NEW YORK, NY 10022 | Cod amount | |
| | US | Special services: | |
| | 2125997575 | Shipment Purpose: | |
| | | Shipment type: | Express |
| | | Commercial/Residential Status: | Commercial |
| Tracking no: | 792570783613 | | |
| Ship date: | Sep 27 2007 | | |
| Service type: | Standard Overnight | | |

Please note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

Tracking summary                                                                                     Page 1 of 2

**FedEx**                                                                                    Close Window

Track Shipments/FedEx Kinko's Orders                               Print
Detailed Results

*SANTA FE POINTE MANAGEMENT LLC*

| | | | |
|---|---|---|---|
| Tracking number | 799194699768 | Destination | Edmond, OK |
| Signed for by | Signature release on file | Delivered to | Residence |
| Ship date | Sep 27, 2007 | Service type | Standard Pak |
| Delivery date | Sep 28, 2007 11:35 AM | Weight | 3.0 lbs. |

Status          Delivered

Signature image available    No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 28, 2007 | 11:35 AM | Delivered | Edmond, OK | Left at front door. Package delivered to recipient address - release authorized |
| | 7:58 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 6:57 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 5:14 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 4:14 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:34 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:15 AM | Departed FedEx location | NEWARK, NJ | |
| Sep 27, 2007 | 10:15 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:57 PM | Left origin | NEW YORK, NY | |
| | 5:55 PM | Picked up | NEW YORK, NY | |
| | 1:25 PM | Package data transmitted to FedEx | | |

[ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name:                                    Your E-mail Address:

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

Select format: ◉ HTML  ○ Text  ○ Wireless

Add personal message:

https://www.fedex.com/Tracking?action=track&                              10/8/2007



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | | Package type: | FedEx Pak |
| | Sante Fe Pointe Management, LLC | Pickup/Drop Off: | give to scheduled courier at my location |
| | 16416 Oconee Creek Drive | Weight: | 3 LBS |
| | Edmond, OK 73013 | Dimensions: | 0 x 0 x 0 in |
| | US | Declared value: | 0 USD |
| | 510-390-0415 | Shipper account number: | 148437351 |
| | | Bill transportation to: | 148437351 |
| From: | Stephen Harnik | Courtesy rate quote:* | 15.89 |
| | HARNIK WILKER & FINKELSTEIN | Discounted variable % | |
| | 645 FIFTH AVENUE, 7TH FLOOR | Cod amount | |
| | NEW YORK, NY 10022 | Special services: | |
| | US | Shipment Purpose: | |
| | 2125997575 | Shipment type: | Express |
| | | Commercial/Residential Status: | Commercial |
| Tracking no: | 799194699768 | | |
| Ship date: | Sep 27 2007 | | |
| Service type: | Standard Overnight | | |

**Please note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

https://www.fedex.com/fsmHistory/HistoryMainAction.do?method=doHistoryEntry        9/27/2007



**Close Window**

Track Shipments/FedEx Kinko's Orders
Detailed Results

Print

*Santa Fe Pointe L.P.*

| | | | |
|---|---|---|---|
| **Tracking number** | 790346767030 | **Destination** | EDMOND, OK |
| **Signed for by** | Signature release on file | **Delivered to** | Residence |
| **Ship date** | Sep 27, 2007 | **Service type** | Standard Pak |
| **Delivery date** | Sep 28, 2007 11:35 AM | **Weight** | 3.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 28, 2007 | 11:35 AM | Delivered | EDMOND, OK | Left at front door. Package delivered to recipient address - release authorized |
| | 7:58 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 6:57 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 5:14 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 4:14 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:34 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:15 AM | Departed FedEx location | NEWARK, NJ | |
| Sep 27, 2007 | 10:15 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:57 PM | Left origin | NEW YORK, NY | |
| | 5:55 PM | Picked up | NEW YORK, NY | |
| | 1:16 PM | Package data transmitted to FedEx | | |

[ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name:                                Your E-mail Address:

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

Select format:  ◉ HTML   ○ Text   ○ Wireless

Add personal message:



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Sante Fe Pointe L.P.<br>16416 OCONEE CREEK DR<br>EDMOND, OK 730131274<br>US<br>5103900415 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared value:<br>Shipper account number:<br>Bill transportation to: | FedEx Pak<br>give to scheduled courier at my location<br>3 LBS<br>0 x 0 x 0 in<br>0 USD<br>148437351<br>148437351 |
| From: | Stephen Harnik<br>HARNIK WILKER & FINKELSTEIN<br>645 FIFTH AVENUE, 7TH FLOOR<br>NEW YORK, NY 10022<br>US<br>2125997575 | Courtesy rate quote:*<br>Discounted variable %<br>Cod amount<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | 17.48<br><br><br>Residential delivery<br><br>Express<br>Residential |
| Tracking no:<br>Ship date:<br>Service type: | 790346767030<br>Sep 27 2007<br>Standard Overnight | | |

**Please note**

- *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

# EXHIBIT 2



# FARBER & COMPANY
ATTORNEYS, LLP

847 Sansome Street, Suite L1, San Francisco, California 94111

October 1, 2007

<u>By E-Mail and U.S. Mail</u>

Stephen H. Harnik, Esq.
Harnik Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, New York 10022

    Re:   *Greystone CDE LLC v. Santa Fe Pointe, LP, et al*

Dear Mr. Harnik:

    As you are already aware, this firm represents Theotis F. Oliphant, Rant LLC, Santa Fe Pointe LP and Santa Fe Pointe Management LLC. It has come to my attention that you have filed an action on behalf Greystone CDE, LLC against my clients in the United States District Court for the Southern District of New York, Case No. 07-civ-8377 (the "NY Action").

    I write because my clients dispute your claim that they are subject to jurisdiction in NY Action. On behalf of the defendants named in the NY Action, we hereby demand that you dismiss that action forthwith. The District Court in which you filed lacks subject matter jurisdiction over the claims alleged, and it is hornbook law that subject matter jurisdiction cannot be conferred by agreement. In addition, I do not agree that any of my clients are subject to personal jurisdiction in New York. Moreover, my clients have already filed suit in Alameda County Superior Court (Case No. RG 07-345170) and your clients were served with summons and complaint in the action pending in Alameda County Superior Court before you filed the NY Action.

    Accordingly, please dismiss the NY Action forthwith and notify me when you have done so. Should it become necessary for my clients to defend the NY Action in the forum in which it was filed, we will seek sanctions and attorneys fees.

                                            Sincerely,
                                            FARBER & COMPANY ATTORNEYS, LLP

                                            By _____
                                                Ann McFarland Draper

AMD:ms
cc:    Mr. Theotis F. Oliphant