# EXHIBIT "F"

Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Greystone CDE, LLC,                                               Docket No. 07 civ. 8377 (RPP)

                           Plaintiff,
         - against -
Sante Fe Pointe, L.P.,                                            **DEFAULT JUDGMENT**
Sante Fe Pointe Management, LLC,
Rant LLC, and
Theotis F. Oliphant

                           Defendants.
-----------------------------------------------------------X

This action having been commenced on September 26, 2007, by the filing of the Summons and Complaint, and copies of the Summons and Complaint and the First Amended Complaint as of Right having been duly served upon the defendants, and proof of service thereof having been filed, and the defendants Sante Fe Pointe L.P., Sante Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant not having answered the Complaint and/or the First Amended Complaint, and the time for answering the Complaint and/or the First Amended Complaint as of Right having expired, it is

ORDERED, ADJUDGED AND DECREED: that the Plaintiff have judgment against the defendants Sante Fe Pointe L.P., Sante Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant jointly and severally in the liquidated amount of $534,594.51 together with interest at the agreed upon *per diem* default rate of $166.67 from August 21, 2007, amounting to $_____

*[Handwritten annotation:]* Application Denied. Plaintiff is directed to proceed by moving for entry of a default judgment and giving notice of such motion to defendants. So ordered. 10/25/07 [signature] USDJ

✓ plus costs of $350 amounting in all to $_____; and it is further

ORDERED, that Plaintiff's claim for attorneys' fees pursuant to contract is hereby severed and reserved for disposition at a later date.

Dated: New York, NY
      October __, 2007

_____
U.S.D.J.

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____

2