Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Greystone CDE, LLC,                                                    Docket No. 07 civ. 8377 (RPP)
                      Plaintiff,
       - against -
Sante Fe Pointe, L.P.,
Sante Fe Pointe Management, LLC,                        **AFFIDAVIT OF SERVICE**
Rant LLC, and
Theotis F. Oliphant,
                     Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                                )ss.:
COUNTY OF NEW YORK  )

    I, Sarah C. Claridad, being sworn, say:

    I am not a party to the action, am over 18 years of age and reside at 1515 Lexington Avenue, New York, N.Y. 10029.

    On the 5th day of November, 2007 I served the Notice of Motion for Entry of Default Judgment, Declaration of Stephen M. Harnik, Esq. and Plaintiff's Memorandum of Law herein by email and by depositing a true copy thereof enclosed in a wrapper, into the custody Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery, addressed to the person at the last known address set forth:

        Farber & Company Attorneys, LLP
        Attorneys for Defendants
        847 Sansome Street, Suite LL
        San Francisco, California 94111
        Att'n: Ann McFarland Draper, Esq.

                                                                     /s/ Sarah C. Claridad
                                                                        Sarah C. Claridad

Sworn to before me the
5th day of November, 2007.

/s/ Stephen M. Harnik
Notary Public
STEPHEN M. HARNIK
Notary Public State of New York
    No. 02HA-4694243
 Qualified in New York County
Commission Expires May 31, 2011