Donald N. David (DD 5222)
Brian A. Bloom (BB 5722)
Jeremy A. Shure (JS 0490)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile:  212.880.8965

*Attorneys for Defendants[1]*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>             Plaintiff,<br><br>- against -<br><br>SANTE FE POINTE, et al.,<br><br>             Defendants. | Case No:  07-CIV-8377 (RPP)<br><br>**NOTICE OF SPECIAL AND LIMITED APPEARANCE** |

**TO THE CLERK OF THIS HONORABLE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that AKERMAN SENTERFITT LLP hereby specially appears in

this action on behalf of Defendants Sante Fe Pointe, L.P., Sante Fe Pointe Management, LLC, Rant

LLC, and Theotis F. Oliphant (collectively, "Defendants") for the limited and express purpose of

opposing Plaintiff's motion for default judgment and to cross-move for the related relief of seeking to

vacate the improper service of process, affidavit of service filed by Plaintiff's counsel and the Clerk's

Certificate of Default issued therefrom, and requests that all notices given or required to be given and

all papers served or filed in connection with Plaintiff's Motion for Default Judgment and Defendant's

Cross Motion to Vacate Service served upon their counsel (for only this limited and express purpose)

---

[1]     Specially appearing for the limited purpose of opposing Plaintiff's motion for default
judgment and to cross-move for the related relief of seeking to vacate the improper service of
process.

at the following address, e-mail, telephone and telecopier numbers:

> Donald N. David (DD 5222)
> AKERMAN SENTERFITT LLP
> 335 Madison Avenue, Suite 2600
> New York, New York 10017
> Telephone: (212) 880-3856
> Facsimile:  (212) 905-6410
> donald.david@akerman.com
>
> AND
>
> Brian A. Bloom (BB 5722)
> AKERMAN SENTERFITT LLP
> 335 Madison Avenue, Suite 2600
> New York, New York 10017
> Telephone: (212) 880-3832
> Facsimile:  (212) 905-6409
> brian.bloom@akerman.com
>
> AND
>
> Jeremy A. Shure (JS 0490)
> AKERMAN SENTERFITT LLP
> 335 Madison Avenue, Suite 2600
> New York, New York 10017
> Telephone: (212) 880-3814
> Facsimile:  (212) 880 8965
> jeremy.shure@akerman.com

Dated: New York, New York
       November 8, 2007

> AKERMAN SENTERFITT LLP
>
> By: _____
> Donald N. David  (DD 5222)
> Brian A. Bloom    (BB 5722)
> Jeremy A. Shure   (JS 0490)
> 335 Madison Avenue
> Suite 2600
> New York, New York 10017
> (212) 880-3800
>
> *Attorneys for Defendants, Specially Appearing for the Limited and Express Purpose of Opposing Plaintiff's Motion for Default Judgment and to Cross Move to Vacate Service*

{NY021491;1}                                2

To:

Clerk of Court
United States District Court
Southern District of New York

Stephen M. Harnik
Harnick Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, NY 10022
*Attorneys for Plaintiff Greystone CDE LLC*