# EXHIBIT C

1  Mark D. Kemple (State Bar No. 145219)
   Erik K. Swanholt (State Bar No. 198042)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA 90071-2300
4  Telephone:  (213) 489-3939
   Facsimile:   (213) 243-2539
5  Email: mkemple@jonesday.com
   Email: ekswanholt@jonesday.com
6
   Attorneys for Defendants
7  Greystone Servicing Corporation, Inc., and
   Greystone CDE, LLC
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                (SAN FRANCISCO DIVISION)

12

| | |
|---|---|
| 13  SANTA FE POINTE, LP, an Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC, an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual, | CASE NO. C 07-05454 JCS |
| 14 | Assigned for all purposes to the Honorable Joseph C. Spero |
| 15 | |
| 16 | NOTICE OF MOTION AND MOTION TO TRANSFER VENUE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; STATEMENT IN SUPPORT OF NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (CIVIL L.R. 3-13); AND DECLARATIONS OF MATTHEW JAMES AND ERIK K. SWANHOLT |
| 17  Plaintiffs, | |
| 18  v. | |
| 19  GREYSTONE SERVICING CORPORATION, INC., a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company, and DOES 1 through 100, inclusive, | |
| 20 | |
| 21 | |
| 22  Defendants. | |
| 23 | [[Proposed] Order filed concurrently herewith] |
| 24 | |
| 25 | Date:  December 14, 2007<br>Time:  9:30 a.m.<br>Ctrm:  A (15th Floor) |
| 26 | |
| 27 | |

28

LAI-2912836v1                                    Defendants' Motion to Transfer Venue
                                                              C 07-05454 JCS

# NOTICE OF MOTION AND MOTION

### TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC (collectively, "Defendants" or "Greystone") will, and hereby do, move the Court for an order transferring venue of this case to the United States District Court for the Southern District of New York, Foley Square Division. The motion will come before the Court on December 14, 2007 at 9:30 a.m., or on a date and at a time to be designated by the Court as its calendar requires, or as soon thereafter as the parties may be heard in Courtroom A (15th Floor) of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California 94102.

The motion is made pursuant to 28 U.S.C. § 1404(a) on the grounds that the interests of justice, judicial economy, and the convenience of the parties and witnesses will be promoted by a transfer. The motion is based upon: this Notice; the attached Memorandum of Points and Authorities, which shall also serve as Defendants' Statement in Support of the Notice of Pendency of Other Action or Proceeding filed pursuant to Civil L.R. 3-13; the attached First Amended Complaint from a related action pending before the Southern District of New York; the declarations of Matthew James and Erik K. Swanholt; such matters which the Court may consider by way of judicial notice; the pleadings and the records on file herein; and such further written and oral evidence and argument as may be presented at the time of the hearing.

DATED: November 7, 2007

JONES DAY

By: /s/ Mark D. Kemple
Erik K. Swanholt

Attorneys for Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC