# EXHIBIT D

## Stephen M. Harnik

**From:** Ann Draper [ann.draper@farberandco.com]
**Sent:** Thursday, October 25, 2007 9:04 PM
**To:** Stephen M. Harnik
**Cc:** 'Jonathan Lienhard'
**Subject:** Greystone CDE v. Santa Fe Pointe LP

Today I reviewed the docket in the NY Action and noted that you have just filed an Affidavit of Service claiming that Defendants' response was due today (October 25). I must disagree, and request that you amend your Affidavit of Service forthwith or we will be forced to file a motion to quash.

As I have previously written, none of the defendants have appeared in the action nor have they been properly served. Your FedEx delivery of the first amended complaint to this firm is of no import as we are not authorized to accept service of process for any of these defendants; you must properly serve the parties themselves. Moreover, the summons form that you used incorrectly provides for a 20-day response time; the current summons form provides for a 30-day response time in the case of an out-of-state service.

Please respond forthwith regarding your position on service of process.

Ann Draper

    Ann M. Draper
    Farber & Company Attorneys, LLP
    847 Sansome Street, Suite LL
    San Francisco, California 94111
    tel. 415-434-5320 x108
    fax. 415-434-5380
    www.farberandco.com

CONFIDENTIALITY NOTICE

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED and may contain confidential information belonging to the server which is protected by the Attorney-Client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited. If you have received this information in error, immediately notify us by telephone to arrange for its return.

11/5/2007