# EXHIBIT F

### Stephen M. Harnik

**From:** Ann Draper [ann.draper@farberandco.com]
**Sent:** Tuesday, October 30, 2007 4:35 PM
**To:** Stephen M. Harnik
**Subject:** Greystone CDE v. Santa Fe Pointe LP (NY Action)

I write because my clients have neither been served nor appeared in the above-referenced NY Action, and to date I have had no response to my letter emailed and mailed on October 29 addressing this issue and requesting that you withdraw the inaccurate proof of service that you have apparently filed.

Moreover, at 11:18 am this morning our receptionist took a message from Sarah in your office stating that conference has been set up before Judge Patterson on Dec. 6th in the NY Action. Naturally, I appreciate your courtesy in informing us of events in the NY Action, particularly since we filed suit against both Greystone CDE and Greystone Servicing in California and served both defendants before your action was filed in New York. Nonetheless, I again note that my clients have neither been served nor appeared in the NY Action. I am perplexed as to why you have taken no steps to service my clients, or at least send the Rule 4(d) forms, as we have notified you that my clients are not evading service but do insist on formal service of process.

I would appreciate a prompt reply.

Ann Draper
    Ann M. Draper
    Farber & Company Attorneys, LLP
    847 Sansome Street, Suite LL
    San Francisco, California 94111
    tel. 415-434-5320 x108
    fax. 415-434-5380
    www.farberandco.com

CONFIDENTIALITY NOTICE

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED and may contain confidential information belonging to the server which is protected by the Attorney-Client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited. If you have received this information in error, immediately notify us by telephone to arrange for its return.

11/5/2007