Donald N. David (DD 5222)
Brian A. Bloom (BB 5722)
Jeremy A. Shure (JS 0490)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone:  212.880.3800
Facsimile:   212.880.8965

*Attorneys for Defendants[1]*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>*Plaintiff,*<br><br>- against -<br><br>SANTE FE POINTE, *et al.*,<br><br>*Defendants.* | Civil Case No:  07CV.8377 (RPP) |

**CERTIFICATE OF SERVICE**

I, Jeremy A. Shure, do hereby certify under penalty of perjury, that I have, this date, served the Declaration of Donald N. David, Esq., dated November 8, 2007, with exhibits attached thereto, and the Memorandum of Law in Opposition to Plaintiff's Motion for Default and in Support of Cross Motion to Vacate Service, the Notice of Special and Limited Appearance, and the Notice of Cross Motion, by causing a copy thereof to served by hand to:

---

[1] Specially appearing for the limited purpose of opposing the within motion for default judgment and to cross-move for the related relief of seeking to vacate the improper service of process.

{NY018887;1}

Stephen M. Harnik
Harnick Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, NY 10022
*Attorneys for Plaintiff*
  *Greystone CDE LLC*

Dated: New York, New York
       November 9, 2007

_____
Jeremy A. Shure (JS-0490)
AKERMAN SENTERFITT, LLP
335 Madison Avenue
Suite 2600
New York, New York 10017
(212) 880-3800 (telephone)
(212) 880-8965 (facsimile)

{NY018887;1}