Exhibit "B"



Blank USPS Express Mail mailing label (Label 11-B, March 2004).