Exhibit "C"




