Exhibit "D"

