# HARNIK WILKER & FINKELSTEIN LLP

Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022 - 5937
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

IRA A. FINKELSTEIN
STEPHEN M. HARNIK
P. JAY WILKER

Of Counsel
Henry O. Leichter
Stephen P.H. Rachlis
Joseph Termini

Lukas M. Stuhlpfarrer*
Christian Votava**

\* MBA, LLM (not admitted)
\*\* LLM (awaiting admission)

November 14, 2007

**By Hand**
Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   **Greystone CDE, LLC v. Santa Fe Pointe, L.P. et.al.**
      **U.S. Dist. Ct., SDNY, Docket No. 07 CIV 8377**

Dear Clerk:

We are the attorneys for Plaintiff in the above.

We attempted today to file the within Supplemental Memorandum of Law in Support for Motion for Entry of Default by E.C.F. together with the Affidavit of Service. However, the court's website appeared to be down. We will try to electronically file it tomorrow. Meantime, here is a hard copy.

Sincerely yours,

Stephen M. Harnik

SMH: sc
Encl.
CC:   Honorable Robert P. Patterson, Jr.
      Brian Bloom, Esq.
      Jonathan Lienhard, Esq.
      Mark D. Kemple, Esq.