# HARNIK WILKER & FINKELSTEIN LLP

Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022 - 5937
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

IRA A. FINKELSTEIN
STEPHEN M. HARNIK
P. JAY WILKER

Of Counsel
Henry O. Leichter
Stephen P.H. Rachlis
Joseph Termini

Lukas M. Stuhlpfarrer*
Christian Votava**

* MBA, LLM (not admitted)
** LLM (awaiting admission)

November 14, 2007

**By Hand**
Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Greystone CDE, LLC v. Santa Fe Pointe, L.P. et.al.
U.S. Dist. Ct., SDNY, Docket No. 07 CIV 8377

Dear Judge Patterson:

We are the attorneys for Plaintiff in the above.

Enclosed herewith please find a courtesy copy of Plaintiff's Supplemental Memorandum of Law in Support for Motion for Entry of Default.

Respectfully,

Stephen M. Harnik

SMH: sc
Encl.
CC: Brian Bloom, Esq.
    Jonathan Lienhard, Esq.
    Mark D. Kemple, Esq.