# HARNIK WILKER & FINKELSTEIN LLP
### Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022-5987
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

IRA A. FINKELSTEIN
STEPHEN M. HARNIK

LUKAS M. STUHLPFARRER*
CHRISTIAN VOTAVA

## MEMO ENDORSED

Of Counsel:

HENRY O. LEICHTER
STEPHEN P. H. RACHLIS
JOSEPH TERMINI
P. JAY WILKER

* MBA, LLM (not admitted)

December 5, 2007

By Fax (212) 805-7917
Page 1 of 1
Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

Re: Greystone CDE, LLC v. Santa Fe Pointe, L.P. et.al.
U.S. Dist. Ct., SDNY, Docket No. 07 CIV 8377

Dear Judge Patterson:

We are the attorneys for Plaintiff in the above. We write in connection with the Case Management Conference scheduled for tomorrow at 9 a.m. (about which Defendants' California counsel have previously been advised) and request an adjournment thereof to December 11, 2007 at 9:30 a.m.

As your Honor may recall, on November 29, 2007, the court denied Plaintiff's motion for entry of a default judgment and wrote (at p. 10) "...[t]o cure the defect in service of process, Plaintiff may serve Defendants in accordance with the parties' agreement as interpreted in this opinion." Accordingly, on November 30, 2007, Plaintiff re-served defendants by certified mail R.R.R. We now have confirmation from the USPO that the pleadings sent to defendants Sante Fe L.P. and Sante Fe LLC have been delivered; we await word from the USPO in respect of defendants Oliphant and Rant.

We assume that by next week we should know whether the pleadings sent to defendants Oliphant and Rant by certified mail have been received, or, alternatively, whether said defendants are avoiding service. If the latter, we would like to have the court's guidance, as soon as possible. Therefore, we respectfully request that tomorrow's conference be adjourned to December 11, 2007 at 9:30 a.m. On the other hand, if the USPO should encounter no problems with service, then, prior to next Tuesday, we will so advise the court and ask that the Case Management Conference be adjourned until after defendants have appeared.

Respectfully,

Stephen M. Harnik

SMH: sc
CC: Brian Bloom, Esq. (Via email)
    Ann McFarland Draper, Esq. (Via email)
    Jonathan Lienhard, Esq. (Via email)
    Mark D. Kemple, Esq. (Via email)

*application granted*
*so ordered*
*Robt P Patterson*
*US DJ*
*12/5/07*