UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Greystone CDE
_____ Plaintiff(s)
        -against-
Santa Fe Point
_____ Defendant(s)

07 CV 8377 (RPP)
SCHEDULING ORDER

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes  ____ No.

3. ~~Amend the pleadings~~ Answer Complaint by 12/23/07.

4. Medical Authorizations by _____.

5. Rule 26 compliance by 1/8/08.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by 4/11/08.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by 4/25/08.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for 5/12/08 at 9:30 AM.

December 11, 2007
Dated: New York, New York

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07