RECEIVED
DEC 19 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

# Akerman Senterfitt LLP
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017
www.akerman.com
212 880 3800 *tel*   212 880 8965 *fax*

Donald N. David
212 880 3856 *direct tel*
212 880 8965 *direct fax*
donald.david@akerman.com

December 19, 2007

**MEMO ENDORSED**

**VIA HAND DELIVERY**

Honorable Judge Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Greystone CDE, LLC v. Sante Fe Pointe, L.P., *et al.*
      **Index Number 07 Civ 8377 (RPP)**

Dear Honorable Judge Patterson:

We write on behalf of the defendants in the above-captioned matter and on the consent of all parties to request an extension of time to respond to the complaint. On December 13, 2007, we received by email from Plaintiff's counsel this Court's Scheduling Order (the "Scheduling Order"), dated December 11, 2007. The Scheduling Order states that a response to the complaint must be filed not later than December 23, 2007. December 23, 2007 is a Sunday, and therefore, pursuant to the Federal Rules of Civil Procedure, a response to the complaint is due the following day, December 24, 2007 (a day that the court is also closed this year).

On December 14, 2007, we sent a letter to Plaintiff's counsel seeking their consent for an extension of time to respond to the complaint because (i) we have not yet met with the client to review the relevant documents involved in this case so that we may appropriately respond to the complaint; and (ii) given the holiday season, both lead attorneys involved with this matter (myself and Brian Bloom) will be out of the office through the New Year. This letter is attached hereto as Exhibit A.

On December 17, 2007 plaintiff's counsel consented to an extension of time to respond to the complaint until January 7, 2008. This letter is attached hereto as Exhibit B.

{NY023202;1}

Honorable Judge Robert P. Patterson, U.S.D.J.
December 19, 2007
Page 2

_____

On December 18, 2007, we informed plaintiff's counsel that we would be writing this letter to the court seeking the extension of time sought herein and that we would accept the conditions requested in return for such consent. This letter is attached hereto as Exhibit C.

Accordingly, and on the consent of the plaintiff's counsel, we respectfully request an extension of time until January 7, 2008 to respond to the complaint.

Respectfully submitted,

AKERMAN SENTERFITT LLP

Donald N. David

Enclosure

cc:   Stephen Harnik, Esq., *counsel for Plaintiff*
      *Via facsimile w/o enclosure*

*Application granted. So ordered.*
Robert P. Patterson
USDJ
12/20/07

{NY023202;1}