Donald N. David (DD 5222)
Brian A. Bloom (BB 5722)
Jeremy A. Shure (JS 0490)
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREYSTONE CDE, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> SANTE FE POINTE, et al., <br><br> Defendants. | Case No: 07-CIV-8377 (RPP) <br><br> **NOTICE OF MOTION** |

**TO THE CLERK OF THIS HONORABLE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Fed. R. Civ. P. Rule 83(b), and the inherent power of this Honorable Court, and upon the Declaration of Brian A. Bloom, Esq., dated January 7, 2008, with exhibits attached thereto, and the Memorandum of Law submitted herewith, the undersigned will move this Honorable Court, at the Courthouse located at 500 Pearl Street, Courtroom 24(a), New York, New York 10007 at such date and time as may be convenient to the Court, for an Order staying all proceedings in this District pending a ruling on a venue transfer

{NY023762;1}

motion presently pending in the United States District Court, Northern District of California in a case styled Sante Fe Pointe, LP et al v. Greystone Servicing Corporation, Inc., et al, under Civil Case No. 07-05454 (JCS) (the "California Action") whose issues include those to be litigated here, or *alternatively* staying this action until the California Action is fully resolved.

Dated: New York, New York
January 7, 2008

**AKERMAN SENTERFITT LLP**

By: _____
Donald N. David   (DD 5222)
Brian A. Bloom    (BB 5722)
Jeremy A. Shure   (JS 0490)
335 Madison Avenue
Suite 2600
New York, New York 10017
(212) 880-3800

*Attorneys for Defendants Sante Fe Pointe, L.P., Sante Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant*

To:

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Stephen M. Harnik, Esq.
Harnick Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, NY 10022
*Attorneys for Plaintiff*
  *Greystone CDE LLC*