Donald N. David (DD 5222)
Brian A. Bloom (BB 5722)
Jeremy A. Shure (JS 0490)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone:  212.880.3800
Facsimile:   212.880.8965

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>*Plaintiff,*<br><br>- against -<br><br>SANTE FE POINTE, *et al.*,<br><br>*Defendants.* | Civil Case No: 07CV.8377 (RPP) |

## CERTIFICATE OF SERVICE

I, Jeremy A. Shure, do hereby certify under penalty of perjury, that I have, on this date, served the Notice of Motion, Declaration of Brian A. Bloom, Esq., dated January 7, 2008, with exhibits attached thereto, and the Memorandum of Law in Support of Defendants' motion to stay all proceedings in this case pending a ruling on a venue transfer motion presently pending in the United States District Court, Northern District of California on a case ("the California Action") whose issues include those to be litigated here or, alternatively, to stay all such proceedings indefinitely, until final resolution of the California Action, by causing a copy thereof to be sent via the Court's electronic delivery system, and via Federal Express, overnight delivery, to

{NY023763;1}

Stephen M. Harnik
Harnick Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, NY 10022
*Attorneys for Plaintiff*
  *Greystone CDE LLC*

Dated: New York, New York
       January 7, 2008

                                                            _____
                                                            Jeremy A. Shure (JS-0490)
                                                            AKERMAN SENTERFITT, LLP
                                                            335 Madison Avenue
                                                            Suite 2600
                                                            New York, New York 10017
                                                            (212) 880-3800 (telephone)
                                                            (212) 880-8965 (facsimile)

{NY023763;1}