Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greystone CDE, LLC,                                          Docket No. 07 civ. 8377 (RPP)
               Plaintiff,
     - against -
Sante Fe Pointe, L.P.,                                       INITIAL DISCLOSURE
Sante Fe Pointe Management, LLC,                             PURSUANT TO
Rant LLC, and                                                FED. R. CIV. P. 26 (A)(1)
Theotis F. Oliphant,
               Defendants.
------------------------------------------------------------X

      Plaintiff, Greystone, CDE, LLC, by and through its undersigned attorneys, as and for its Initial Disclosure pursuant to Fed. R. Civ. P. 26 (a)(1), states as follows:

(A)    (i) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

      Matthew James, Greystone CDE, LLC, 152 West 57th Street, 60th Floor, New York, NY, 10019, (212) 649-9700. Can testify to the events pertaining to the loan documents at issue in the case, the defendants' actions, and the acceleration of defendants' loan.

Thom Ruffin, Greystone Servicing Corporation, Inc., 419 Belle Air Lane, Warrenton , VA 20186 (540) 341-2100. Can testify to the servicing of defendants' loan and the facts surrounding the acceleration of the loan and demand for payment.

(ii) a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

Please *see* First Amended Complaint exhibits "A" – "J".

(iii) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and the category of damages should match the damages demanded in the Complaint.

Please *see* First Amended Complaint, exhibits "A" – "J".

(iv) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

N/A

Dated:  January 8, 2008
       New York, NY

                                  Harnik Wilker & Finkelstein LLP

                                  by: Stephen M. Harnik (SMH9889)
                                  Attorneys for Defendant
                                  Greystone CDE, LLC
                                  645 Fifth Avenue, 7th Floor
                                  New York, NY  10022-5937
                                  (212) 599-7575

To:
Donald N. David, Esq.
Akerman Senterfitt LLP
335 Madison Avenue, Suite 2600
New York, NY 10017
(212) 880-3800