Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Greystone CDE, LLC,                               Docket No. 07 civ. 8377 (RPP)

                    Plaintiff,
         - against -                              **NOTICE OF CROSS-MOTION**
Sante Fe Pointe, L.P.,                            **FOR ENTRY OF DEFAULT**
Sante Fe Pointe Management, LLC,                  **JUDGMENT; IN THE ALTERNATIVE**
Rant LLC, and                                     **TO STRIKE DEFENDANTS' PERSONAL**
Theotis F. Oliphant                               **JURISDICTION DEFENSE**

                    Defendants.
------------------------------------------------------------X

S I R S:

     PLEASE TAKE NOTICE, that upon the Declaration of Stephen M. Harnik, Esq., dated January 22, 2008 with exhibits attached; the Memorandum of Law of even date submitted herewith, and upon all prior pleadings and proceedings had herein, the undersigned will move this Honorable Court, Robert P. Patterson, Jr. United States District Judge, on the 13 day of February 2008 at 4:00 p.m. or as soon thereafter as counsel may be heard, or at such other date and time as the court may direct, at the United States Federal Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order pursuant to Fed. R.Civ. P. 12(h) 26(b), and 55(b)(2) for entry of a default judgment; in the alternative to strike defendants' personal jurisdiction defense; and for such other and further relief as the Court deems just and proper under the circumstances.

PLEASE TAKE FURTHER NOTICE, that pursuant to L.C.R. 6.1, any opposing affidavits and answering memoranda shall be served within ten (10) business days after service hereof.

Dated: New York, New York
January 22, 2008

                                  Harnik Wilker & Finkelstein LLP

                                  by: Stephen M. Harnik, Esq. (SH 9889)
                                  Attorneys for Plaintiff
                                  Greystone CDE, LLC
                                  645 Fifth Avenue, 7th Floor
                                  New York, NY  10022
                                  (212) 599-7575

To:    Donald N. David, Esq.
        Brian A. Bloom, Esq.
        Jeremy A. Shure, Esq.
        Akerman Senterfitt LLP
        Attorneys for Defendants
        335 Madison Avenue, Suite 2600
        New York, NY 10017
        (212)880-3800