Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greystone CDE, LLC,                             Docket No. 07 civ. 8377 (RPP)
                 Plaintiff,
    - against -                           **DECLARATION IN SUPPORT**
Sante Fe Pointe, L.P.,                          **OF MOTION FOR ENTRY OF**
Sante Fe Pointe Management, LLC,                **DEFAULT JUDGMENT; IN THE**
Rant LLC, and                                   **ALTERNATIVE TO STRIKE**
Theotis F. Oliphant,                            **DEFENDANTS' PERSONAL**
                 Defendants.          **JURISDICTION DEFENSE**

------------------------------------------------------------X

I, Stephen M. Harnik, under penalty of perjury as prescribed in 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am a member of the bar of the State of New York and of this Court, and make this Declaration in support of the motion of the plaintiff, Greystone CDE, LLC pursuant to Rules 12(h), 26(b) and 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a default judgment; in the alternative to strike defendants' personal jurisdiction defense; and for such other and further relief as the Court deems just and

1

proper under the circumstances.

## EXHIBITS

Annexed as exhibits hereto are true copies of the following:

Exhibit A: First Amended Complaint dated October 5, 2007 (New York action);

Exhibit B: Plaintiffs' [Sante Fe parties] Reply to Defendants' [Greystone parties] Opposition to Cross-motion (and Response to Defendants' Reply re Motion to Delay Case Management Conference dated December 20, 2007, (California action).

Exhibit C: Declaration of Theotis F. Oliphant, Esq. in Opposition to Defendants' Motion to Transfer Case to Southern District of New York dated Nov. 30, 2007 (without exhibits) (California action);

Exhibit D: Declaration of Matthew James dated December 14, 2007 without exhibits (California action).

Exhibit E: Defendants' December 4, 2006 proposal for $500,000 full recourse obligation.

Exhibit F: Theotis Oliphant's *c.v.* which the undersigned accessed

on or about January 22, 2008, at http://www.innovative-realty.net/about.php and printed herewith.

Exhibit G:   Opinion Letter of Gibbs & Oliphant LLP dated December December 26, 2006.

Exhibit H:   Scheduling Order dated December 11, 2007, filed December 13, 2007.

Dated:   New York, New York
         January 22, 2008

                                              _____
                                              STEPHEN M. HARNIK (SH 9889)