



Akerman Senterfitt LLP
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017

www.akerman.com

212 880 3800 *tel*   212 880 8965 *fax*

Donald N. David
212 880 3856 *direct tel*
212 880 8965 *direct fax*
donald.david@akerman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

January 24, 2008

**VIA HAND DELIVERY**

Honorable Judge Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **Greystone CDE, LLC v. Sante Fe Pointe, L.P., *et al.*
Index Number 07 Civ 8377 (RPP)**

Dear Honorable Judge Patterson:

This firm represents Defendants Sante Fe Pointe L.P., Sante Fe Pointe Management L.L.P., Rant, L.L.C. and Theotis F. Oliphant (collectively "Defendants") in connection with the above-referenced action.

As the Court will recall, on December 19, 2007, by endorsed letter, this Court grated Defendants' request to "respond to the complaint on or before January 7, 2008." (Docket No. 23).

Subsequently, on January 7, 2008, Defendants filed a motion to stay all proceedings in this case pending a ruling on a venue transfer motion presently pending in the United States District Court, Northern District of California on a case ("the California Action") whose issues include those to be litigated here or, alternatively, to stay all such proceedings indefinitely, until final resolution of the California Action (the "Motion to Stay"). (Docket Nos. 24-29).

On January 22, 2008, Plaintiffs filed a Cross-Motion for Entry of Default Judgment, and in the Alternative, to Strike Defendants' Personal Jurisdiction Defense (the "Cross-Motion"). (Docket Nos. 30-33).

Pursuant to L.C.R 6.1, any opposing affidavits and answering memoranda shall be served within ten (10) business days thereof and replies shall be served within five (5) day business days

{NY025932.1}

Honorable Judge Robert P. Patterson, U.S.D.J.
January 24, 2008
Page 2

thereof. As such, any opposition to the Cross-Motion must be served on or before February 5, 2008 and any *reply* to Plaintiff's Opposition to the Motion to Stay is due on or before *five* days from the date of service, which is January 29, 2008. Defendants intend to oppose the Cross-Motion and reply to the Opposition to the Motion to Stay. In this matter, both the reply and the opposition can be submitted as one set of papers dispositive on all issues.

Accordingly, Defendants' respectfully request that *both* (i) Defendants' Reply to Plaintiff's Opposition to the Motion to Stay and (ii) Defendants' Opposition to the Cross-Motion be served not later than February 5, 2008.

Respectfully submitted,

AKERMAN SENTERFITT LLP

Donald N. David

cc: Stephen Harnik, Esq., *counsel for Plaintiff*
    *Via facsimile*

**MEMO ENDORSEMENT READS:**
*Application denied. Opposing papers should be filed separately and in proper time. So ordered.*
*Robert P. Patterson, Jr., U.S.D.J., 1/25/08*

{NY025932;1}