Donald N. David (DD 5222)
Brian A. Bloom (BB 5722)
Jeremy A. Shure (JS 0490)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC, <br><br> *Plaintiff,* <br><br> - against - <br><br> SANTE FE POINTE, *et al.*, <br><br> *Defendants.* | Civil Case No: 07CV.8377 (RPP) |

**CERTIFICATE OF SERVICE**

I, Jeremy A. Shure, do hereby certify under penalty of perjury, that I have, on this date, served the Reply Memorandum of Law in Further Support of Defendants' motion to stay all proceedings in the Southern District of New York Action by causing a copy thereof to be filed via the court's ECF system, and via Federal Express, overnight delivery, to

>Stephen M. Harnik
>Harnick Wilker & Finkelstein LLP
>645 Fifth Avenue, 7th Floor
>New York, NY 10022
>*Attorneys for Plaintiff Greystone CDE LLC*

Dated: New York, New York
       January 29, 2008

_____
Jeremy A. Shure (JS-0490)

{NY023763;1}