**Donald N. David (DD 5222)**
**Brian A. Bloom  (BB 5722)**
**Jeremy A. Shure (JS 0490)**
**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
<u>Telephone</u>:  212.880.3800
<u>Facsimile</u>:  212.880.8965

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>*Plaintiff,*<br><br>- against –<br><br>SANTE FE POINTE, L.P., et al.,<br><br>*Defendants.* | <u>Civil Case No</u>:  07-CV.8377 (RPP)<br><br>**DECLARATION OF JEREMY A. SHURE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR DEFAULT AND, *IN THE ALTERNATIVE*, TO STRIKE DEFENDANTS' PERSONAL JURISDICTION DEFENSE** |

I, Jeremy A. Shure, hereby declares the following under the penalty of perjury:

1.   I am an associate of Akerman Senterfitt LLP, counsel for Defendants Sante Fe Pointe, L.P., Sante Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant (collectively, "Defendants") in the above captioned action.

2.   I am familiar with the proceedings in this case.  I make this declaration based on my personal knowledge of the facts and documents set forth herein and in support of Defendants' Opposition to Plaintiff's Cross-Motion for Entry of Default Judgment, and *in the Alternative*, to Strike Defendants' Personal Jurisdiction Defense, dated January 22, 2008.  Attached as an Exhibit hereto is a true and accurate copy of the following:

{NY026595;1}

- <u>Exhibit A</u>: Order Denying Defendants' Motion to Transfer Venue, dated February 4, 2008. *Sante Fe Pointe, LP, et al v. Greystone Servicing Corp., Inc. et al*, Case No. C-07-5454 JCS (United States District Court, Northern District of California)

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on February 5, 2008.

                                                                    Jeremy A. Shure (JS 0490)
                                                                    AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, NY 10017
Tel: (212) 880-3800
Fax: (212) 880-8965