Donald N. David (DD 5222)
Brian A. Bloom (BB 5722)
Jeremy A. Shure (JS 0490)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC, <br><br> *Plaintiff,* <br><br> - against - <br><br> SANTE FE POINTE, *et al.*, <br><br> *Defendants.* | Civil Case No: 07CV.8377 (RPP) |

### CERTIFICATE OF SERVICE

I, Jeremy A. Shure, do hereby certify under penalty of perjury, that I have, on this date, served Defendants' Opposition to Plaintiff's Cross-Motion for Entry of Default Judgment and, in the alternative, to strike Defendants' Personal Jurisdiction Defense, dated February 5, 2008, and the Declaration of Jeremy A. Shure, dated February 5, 2008, with exhibits thereto, by causing a copy thereof to be filed via the court's ECF system, and via United States Mail (First Class), to:

Stephen M. Harnik
Harnick Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, NY 10022
*Attorneys for Plaintiff Greystone CDE LLC*

Dated: New York, New York
February 5, 2008

_____
Jeremy A. Shure (JS-0490)

{NY026598;1}