Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greystone CDE, LLC,                                           Docket No. 07 civ. 8377 (RPP)
                             Plaintiff,
             - against -
Sante Fe Pointe, L.P.,
Sante Fe Pointe Management, LLC,                              **AFFIDAVIT OF SERVICE**
Rant LLC, and
Theotis F. Oliphant,
                             Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK  )

        I, Sarah C. Claridad, being sworn, say:

        I am not a party to the action, am over 18 years of age and reside at 1515 Lexington Avenue, New York, N.Y. 10029.

        On the 12th day of February, 2008, I served the Plaintiff's Reply Memorandum of Law herein by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the person at the last known address set forth:

        Brian A. Bloom, Esq.
        Akerman Senterfitt LLP
        335 Madison Avenue, Suite 2600
        New York, NY 10017 - 4636

                                                                 _/s/ Sarah C. Claridad_
                                                                  Sarah C. Claridad

Sworn to before me the
12th day of February, 2008.

_/s/ Stephen M. Harnik_
Notary Public
STEPHEN M. HARNIK
Notary Public State of New York
    No. 02HA-4694243
 Qualified in New York County
Commission Expires May 31, 2011