UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>                *Plaintiff,*<br>  - against –<br><br>SANTE FE POINTE, L.P.,<br>SANTE FE POINTE MANAGEMENT, LLC<br>RANT LLC, and<br>THEOTIS F. OLIPHANT,<br><br>                *Defendants.* | Civil Case No: 07-CV.8377 (RPP)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants SANTE FE POINTE, L.P., SANTE FE POINTE MANAGEMENT, LLC, AND RANT LLC state that there is no such parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: March 3, 2008
       New York, New York

                          Respectfully submitted,

                          **AKERMAN SENTERFITT LLP**

                          By:_____
                              Brian A. Bloom (BB 5722)

                          *Attorneys for Defendants*
                          335 Madison Avenue, Suite 2600
                          New York, New York 10017
                          T: 212-880-3800
                          F: 212-880-8965

{NY027904;1}