Donald N. David (DD 5222)
Brian A. Bloom  (BB 5722)
Jeremy A. Shure (JS 0490)
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone:  212.880.3800
Facsimile:   212.880.8965

*Attorneys for Defendants and Counterclaimants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC,<br>*Plaintiff-Counterclaim Defendant,*<br><br>- against –<br><br>SANTE FE POINTE, L.P.,<br>SANTE FE POINTE MANAGEMENT, LLC<br>RANT LLC, and<br>THEOTIS F. OLIPHANT,<br><br>*Defendants-Counterclaimants*<br><br>- against -<br><br>GREYSTONE SERVICING CORPORATION, INC.,<br><br>*Additional Counterclaim Defendant.* | Civil Case No:  07-CV.8377 (RPP) |

**CERTIFICATE OF SERVICE**

I, Elissa P. Fudim, do hereby certify under penalty of perjury, that I have, on this date, served the Defendant-Counterclaimants' Answer with Affirmative Defenses and Counterclaims,

{NY027902;1}

dated March 3, 2008, by causing a copy thereof to be sent via the Court's Electronic Court Filing (ECF) system and via Federal Express overnight delivery to:

>Stephen M. Harnik, Esq.
>Harnick Wilker & Finkelstein LLP
>645 Fifth Avenue, 7th Floor
>New York, NY 10022
>*Attorneys for Plaintiff-Counterclaim Defendant*
>   *Greystone CDE LLC*

Dated: New York, New York
       March 3, 2008

_____
Elissa P. Fudim

{NY027902;1}