Donald N. David (DD 5222)
Brian A. Bloom  (BB 5722)
Jeremy A. Shure (JS 0490)
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone:  212.880.3800
Facsimile:  212.880.8965

*Attorneys for Defendants and Counterclaimants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC,<br>      *Plaintiff-Counterclaim*<br>      *Defendant,*<br>   - against –<br><br>SANTE FE POINTE, L.P.,<br>SANTE FE POINTE MANAGEMENT, LLC<br>RANT LLC, and<br>THEOTIS F. OLIPHANT,<br><br>      *Defendants-*<br>      *Counterclaimants*<br>   - against -<br><br>GREYSTONE SERVICING CORPORATION,<br>INC.,<br><br>      *Additional Counterclaim*<br>      *Defendant.* | Civil Case No:  07-CV.8377 (RPP)<br><br>**NOTICE OF MOTION** |

**TO THE CLERK OF THIS HONORABLE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT**, upon the annexed declaration of Donald N. David, dated March 3, 2008, with the exhibits annexed thereto, along with the accompanying Memorandum of Law, and pursuant to 28 U.S.C. § 1404, the undersigned will move this

{NY027843;1}

Honorable Court, at the Courthouse located at 500 Pearl Street, Courtroom 24-A, New York, New York 10007 at such date and time as may be convenient to the Court, for an Order transferring venue of this case to the United States District Court for the Northern District of California.

Dated: New York, New York
March 3, 2008

                                    **AKERMAN SENTERFITT LLP**

                                    By: _____
                                    Donald N. David   (DD 5222)
                                    Brian A. Bloom   (BB 5722)
                                    Jeremy A. Shure   (JS 0490)
                                    335 Madison Avenue
                                    Suite 2600
                                    New York, New York 10017
                                    (212) 880-3800

                                    *Attorneys for Defendants and*
                                    *Counterclaimants Sante Fe Pointe, L.P.,*
                                    *Sante Fe Pointe Management, LLC, Rant*
                                    *LLC, and Theotis F. Oliphant*

To:

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007


Stephen M. Harnik, Esq.
Harnick Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, NY 10022
*Attorneys for Plaintiff*
  *Greystone CDE LLC*

{NY027843;1}