EXHIBIT "B"

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Santa Fe Pointe, LP, | 07-05454 JCS MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Greystone Servicing Corporation, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Peter W. Sherwood**
> Ninth Circuit Court of Appeals
> 95 7th St.
> San Francisco, CA 94103
> 415-556-9912
> Peter_Sherwood@CA9.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05454 JCS MED                - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 25, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov