# EXHIBIT "F"



Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017

www.akerman.com

212 880 3800 *tel*    212 880 8965 *fax*

Jeremy A. Shure
212 880 3834 *direct tel*
212 880 8965 *direct fax*
jeremy.shure@akerman.com

February 25, 2008

**VIA FACSIMILE**

Honorable Judge Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Greystone CDE, LLC v. Sante Fe Pointe, L.P., *et al.*
           Index Number 07 Civ. 8377 (RPP)**

Honorable Judge Patterson:

    This firm represents Defendants Sante Fe Pointe L.P., Sante Fe Pointe Management L.L.P., Rant, L.L.C. and Theotis F. Oliphant (collectively "Defendants") in connection with the above-referenced action.

    Pursuant to this Your Honor's Decision and Order dated February 20, 2008 (the "Order") and Your Honor's Endorsed Memo of February 22, 2008, Mr. Oliphant and his counsel in the California Action, Eric Farber, have made arrangements to travel from California to appear before this Court for the Settlement Conference on February 28, 2008.

                                Respectfully submitted,

                                AKERMAN SENTERFITT LLP

                                Jeremy A. Shure

cc:    Stephen Harnik, Esq., *counsel for Plaintiff*
         *Via facsimile*

{NY027527;1}