Donald N. David (DD 5222)
Brian A. Bloom   (BB 5722)
Jeremy A. Shure (JS 0490)
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone:  212.880.3800
Facsimile:  212.880.8965

*Attorneys for Defendants and Counterclaimants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREYSTONE CDE, LLC, <br><br> *Plaintiff-Counterclaim Defendant,* <br><br> - against – <br><br> SANTE FE POINTE, L.P., <br> SANTE FE POINTE MANAGEMENT, LLC <br> RANT LLC, and <br> THEOTIS F. OLIPHANT, <br><br> *Defendants-Counterclaimants* <br><br> - against - <br><br> GREYSTONE SERVICING CORPORATION, INC., <br><br> *Additional Counterclaim Defendant.* | Civil Case No:  07-CV.8377 (RPP) |

## CERTIFICATE OF SERVICE

I, Elissa P. Fudim, do hereby certify under penalty of perjury, that I have, on this date,

served the Notice of Motion, Declaration of Donald N. David, dated March 3, 2008, with

exhibits attached thereto, and the Memorandum of Law in Support of Defendants' motion to

{NY027844;1}

transfer the above-captioned case to the United States District Court for the Northern District of

California, by causing a copy thereof to be filed via the court's ECF filing system, and sent via

Federal Express, overnight delivery, to:


      Stephen M. Harnik
      Harnick Wilker & Finkelstein LLP
      645 Fifth Avenue, 7th Floor
      New York, NY 10022
      *Attorneys for Plaintiff*
        *Greystone CDE LLC*


Dated: New York, New York
       March 3, 2008

Elissa P. Fudim
AKERMAN SENTERFITT, LLP
335 Madison Avenue
Suite 2600
New York, New York  10017
(212) 880-3800 (telephone)
(212) 880-8965 (facsimile)