Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC &
Greystone Servicing Corp. Inc.
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greystone CDE, LLC,                                    Docket No. 07 civ. 8377 (RPP)

                          Plaintiff,
      - against -                                            **NOTICE OF CROSS-MOTION**
Santa Fe Pointe, L.P.,                                   **TO DISMISS DEFENDANTS'**
Santa Fe Pointe Management, LLC,         **COUNTERCLAIMS; IN THE**
Rant LLC, and                                              **ALTERNATIVE FOR A MORE**
Theotis F. Oliphant                                      **DEFINITE STATEMENT; AND FOR**
                                          **SUMMARY JUDGMENT**
                        Defendants.
------------------------------------------------------------X

S I R S:

      PLEASE TAKE NOTICE, that upon the Declaration of Stephen M. Harnik, Esq., dated March 17, 2008 with exhibits attached; plaintiff's L.C.R. 56.1 Statement in support of its Motion for Summary Judgment, the affidavit of Cristina Farina sworn to March 14, 2008, the Memorandum of Law of even date submitted herewith, and upon all prior pleadings and proceedings had herein, the undersigned will move this Honorable Court, Robert P. Patterson, Jr. United States District Judge, on the 17 day of April 2008 at 4:00 p.m. or as soon thereafter as counsel may be heard, or at such other date and time as the court may direct, at the United States Federal Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order pursuant to Fed. R.Civ. P. 12(b)(5) & (6) to dismiss defendants'

counterclaims; in the alternative pursuant to Rule 12(e) for a more definite statement; and pursuant to Rule 56 for summary judgment; and for such other and further relief as the Court deems just and proper under the circumstances.

PLEASE TAKE FURTHER NOTICE, that pursuant to L.C.R. 6.1, any opposing affidavits and answering memoranda shall be served within ten (10) business days after service hereof.

Dated: New York, New York
       March 17, 2008

                              Harnik Wilker & Finkelstein LLP

                              by: Stephen M. Harnik, Esq. (SH 9889)
                              Attorneys for Plaintiff
                              Greystone CDE, LLC
                              645 Fifth Avenue, 7th Floor
                              New York, NY 10022
                              (212) 599-7575

To:    Donald N. David, Esq.
        Brian A. Bloom, Esq.
        Jeremy A. Shure, Esq.
        Akerman Senterfitt LLP
        Attorneys for Defendants
        335 Madison Avenue, Suite 2600
        New York, NY 10017
        (212)880-3800