Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Greystone CDE, LLC,                                                    Docket No. 07 civ. 8377 (RPP)
                Plaintiff,
    - against -                                                            **DECLARATION IN SUPPORT**
Santa Fe Pointe, L.P.,                                                   **OF CROSS-MOTION TO DISMISS**
Santa Fe Pointe Management, LLC,                          **DEFENDANTS' COUNTERCLAIMS;**
Rant LLC, and                                                              **IN THE ALTERNATIVE FOR A**
Theotis F. Oliphant,                                                     **MORE DEFINITE STATEMENT; AND**
               Defendants.                        **FOR SUMMARY JUDGMENT**

-----------------------------------------------------------X

      I, Stephen M. Harnik, under penalty of perjury as prescribed in 28 U.S.C. § 1746, hereby declare as follows:

      1.    I am a member of the bar of the State of New York and of this Court, and make this Declaration in support of the motion of plaintiff, Greystone CDE, LLC AND Greystone Servicing Corporation, Inc. pursuant to Rules 12(b)(5)& (6), 13(h) 19 & 20 and 56 of the Federal Rules of Civil Procedure, for dismissal of the counterclaims, or in the alternative, for a more definite statement; and for summary judgment; and for

1

such other and further relief as the Court deems just and proper under the circumstances.

## EXHIBITS

Annexed as exhibits hereto are originals or true copies of the following:

Exhibit A:   Greystone Servicing's Notice of Motion and Motion to dismiss Plaintiff's Second Amended Complaint and Memorandum of Points and Authorities in Support thereof dated March 4, 2008 (California action).

Exhibit B:   Greystone Servicing's Engagement Letter dated August 29, 2006 (California action).

Exhibit C:   Transcript of Oral Argument dated February 14, 2008. (New York action).

Exhibit D:   Summons dated March 5, 2008 issued against Greystone Servicing (New York action).

Exhibit E:   Affidavit of Cristina Farina, sworn to March 14, 2008.

Dated:   New York, New York
         March 17, 2008

                                          _____
                                          STEPHEN M. HARNIK (SH 9889)