# EXHIBIT "D"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GREYSTONE CDE, LLC,

    *Plaintiff-Counterclaim Defendant*,

- against -

SANTE FE POINTE, L.P.,
SANTE FE POINTE MANAGEMENT, LLC
RANT LLC, and
THEOTIS F. OLIPHANT,

    *Defendants-Counterclaimants*,

- against -

GREYSTONE SERVICING CORPORATION, INC.,

    *Additional Counterclaim Defendant.*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-8377 (RPP)

TO: (Name and address of Defendant)

GREYSTONE SERVICING CORPORATION, INC.
152 West 57th Street, 60th Floor
New York, New York 10019

*rec'd by Hand 3.7.08 to Chrissy Faring*

YOU ARE HEREBY SUMMONED and required to serve on *Defendants-Counterclaimants'* ATTORNEY (name and address)

DONALD N. DAVID, ESQ.
Akerman Senterfitt LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: (212) 880-3856

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 0 5 2008

CLERK 
(By) DEPUTY CLERK

DATE

# EXHIBIT "E"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREYSTONE CDE, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> SANTA FE POINTE, L.P., <br> SANTA FE POINTE MANAGEMENT, LLC, <br> RANT LLC, and <br> THEOTIS F. OLIPHANT, <br><br> Defendants. | Civil Case No: 07-CV-8377(RPP) <br><br> **AFFIDAVIT OF CRISTINA FARINA** |

STATE OF NEW YORK         )
                          ).ss:
COUNTY OF NEW YORK        )

I, CRISTINA FARINA, being duly sworn, deposes and says:

1. I am over 18 years old and I reside in Kings County, New York. I am not a party to the captioned matter.

2. I am employed by Greystone & Co., Inc. ("Greystone & Co.") and work in the mail room in Greystone & Co.'s New York office, located at 152 West 57th Street, New York, New York.

3. On March 7, 2008, I received a telephone call from a person working in the building's mail room who informed that there was a package to be picked up.

4. I went down to the building's mail room where a messenger handed to me a copy of the **Summons in a Civil Action** and a copy of the **Answer with Affirmative Defenses and Counterclaims.**

5. I am not and have never been employed by Greystone Servicing Corporation, Inc.

6. I am not and have never been an authorized officer of Greystone Servicing Corporation, Inc.

7.    I am not and have never been authorized to accept service on behalf of Greystone Servicing Corporation, Inc.

*/s/ Cristina Farina*
Cristina Farina

Sworn to before me this
14th day of March, 2008

*/s/*
Notary Public

GARY LEVINE
Notary Public - State of New York
NO. 02LE6144585
Qualified in Rockland County
My Commission Expires 4-24-10