Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greystone CDE, LLC,                                              Docket No. 07 civ. 8377 (RPP)
                            Plaintiff,
            - against -
Santa Fe Pointe, L.P.,
Santa Fe Pointe Management, LLC,              **AFFIDAVIT OF SERVICE**
Rant LLC, and
Theotis F. Oliphant,
                            Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                                  )ss.:
COUNTY OF NEW YORK  )

       I, Sarah C. Claridad, being sworn, say:

       I am not a party to the action, am over 18 years of age and reside at 1515 Lexington Avenue, New York, N.Y. 10029.

       On the 17th day of March, 2008, I served the Plaintiff's Notice of Cross-Motion, Memorandum of Law in Opposition to the Defendants' Motion to Transfer Venue and in Support of the Cross-Motion, the Harnik Declaration of even date and plaintiff's L.C.R. 56.1 Statement, herein by depositing a true copy thereof with Federal Express addressed to the person at the last known address set forth:

              Brian A. Bloom, Esq.
              Akerman Senterfitt LLP
              335 Madison Avenue, Suite 2600
              New York, NY 10017 - 4636

                                                                    _____
                                                                      Sarah C. Claridad

Sworn to before me the
17th day of March, 2008.

_____
Notary Public
STEPHEN M. HARNIK
Notary Public State of New York
   No. 02HA-4694243
 Qualified in New York County
Commission Expires May 31, 2011