# AkermanSenterfitt LLP
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

335 Madison Avenue
Suite 2600
New York, NY 10017

www.akerman.com

212 880 3800 tel   212 880 8965 fax

Jeremy A. Shure

Direct tel. 212.880.3814
jeremy.shure@akerman.com

March 19, 2008

**MEMO ENDORSED**

**VIA HAND DELIVERY**

Honorable Judge Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Greystone CDE, LLC v. Sante Fe Pointe, L.P., et al.*; SDNY Case No. 07CV.8377

Honorable Judge Patterson:

   This firm represents Defendant-Counterclaimants Santa Fe Pointe L.P., Santa Fe Pointe Management L.L.P., Rant, L.L.C. and Theotis F. Oliphant (collectively the "Oliphant Parties") in connection with the above-referenced action.

   We write in response to the March 17, 2008 letter sent to Your Honor by counsel for Plaintiff Greystone CDE, LLC and Counterclaim Defendant Greystone Servicing Corp., Inc. (collectively, "Greystone"), in which Greystone makes an *ex parte* request for an extension of time to file a reply in further support of their summary judgment motion.

   Counsel to Greystone did not make an attempt to confer with us to create a mutually-agreeable briefing schedule – had they asked, we would have had no objection to their request. Greystone instead has raised this request with the Court, hence requiring our response and continuing to drain resources unnecessarily. The Oliphant Parties do not object to Greystone's request for an extension until April 15, 2008 to file a reply in further support of their summary judgment motion, *so long as* the Oliphant Parties are also given the same extension and are granted leave to file their opposition not later than April 8, 2008.

*application granted*
*So ordered*
*[signature] Robt P Patterson*
*3/20/08*

{NY028780;1}

Honorable Judge Robert P. Patterson, U.S.D.J.
March 19, 2008
Page 2

---

     Also pending before this Court is the Oliphant Parties' Motion to Transfer this case to the Northern District of California. Respectfully, Greystone's request for the summary judgment extension has no bearing on this Court's ability to move the transfer motion forward. As such, pursuant to Local Rule 6.1, the Oliphant Parties will file their reply brief on Monday, March 24, 2008 and will be prepared for oral argument on the transfer motion at this Court's earliest convenience.

     If you have any questions, comments or concerns, please contact the undersigned.

                              Respectfully submitted,

                              **AKERMAN SENTERFITT LLP**

                              By: _____
                                     Jeremy A. Shure

cc:    Stephen M. Harnik, Esq. (via Facsimile)
       *Counsel for Plaintiff and Counterclaim Defendant*

{NY028780;1}