UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>*Plaintiff-Counterclaim Defendant,*<br>- against –<br><br>SANTE FE POINTE, L.P.,<br>SANTE FE POINTE MANAGEMENT, LLC<br>RANT LLC, and<br>THEOTIS F. OLIPHANT,<br><br>*Defendants-Counterclaimants*<br>- against -<br><br>GREYSTONE SERVICING CORPORATION, INC.,<br><br>*Additional Counterclaim Defendant.* | Civil Case No: 07-CV.8377 (RPP)<br><br>**DECLARATION OF<br>DONALD N. DAVID** |

I, Donald N. David, Esq., hereby declare the following under the penalty of perjury:

1. I am a Shareholder of Akerman Senterfitt LLP, counsel for Defendants-Counterclaimants, Sante Fe Pointe, L.P., Sante Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant (collectively, "The Oliphant Parties") in the above captioned action.

2. I am familiar with the proceedings in this case. I make this declaration based on my personal knowledge of the facts and documents set forth herein and in further support of the Oliphant Parties' Motion to Transfer Venue.

3. Attached as Exhibits hereto are true and accurate copies of the following:

Exhibit A:     Order Denying the Oliphant Parties' Motion to Transfer Venue, dated February 4, 2008. *Sante Fe Pointe, LP, et al v. Greystone Servicing Corp., Inc. et al*, Case No. C-07-5454 JCS (United States District Court, Northern District of California);

{NY028950;1}

| | |
|---|---|
| Exhibit B: | Letter from Stephen Harnick to the Court, dated February 25, 2008; |
| Exhibit C: | E-mail from Jeremy A. Shure to Stephen Harnick, dated March 3, 2008; |
| Exhibit D: | Letter from Brian A. Bloom to Stephen Harnick, dated March 6, 2008; |
| Exhibit E: | Returned Summons In A Civil Case, dated March 5, 2008; |
| Exhibit F: | Affidavit of Service of Daniel Miller, dated March 21, 2008. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 24, 2008

Donald N. David (DD 5222)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, NY 10017
Tel: (212) 880-3800
Fax: (212) 880-8965

{NY028950;1}