EXHIBIT "B"

# HARNIK WILKER & FINKELSTEIN LLP
### Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022 - 5937
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

IRA A. FINKELSTEIN
STEPHEN M. HARNIK

LUKAS M. STUHLPFARRER*
CHRISTIAN VOTAVA

* MBA, LLM (not admitted)

Of Counsel:

DENISE G. DARMANIAN
NICHOLAS A. GALLO, III**
HENRY O. LEICHTER
STEPHEN P. H. RACHLIS
P. JAY WILKER

**New Jersey Bar and
  Bar of U.S. Patent Office only

February 25, 2008

**Via Fax (with permission) 212 805 7917**
Page 1 of 2
Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Greystone CDE, LLC v. Santa Fe Pointe, L.P. et.al.
      U.S. Dist. Ct., SDNY, Docket No. 07 CIV 8377

Dear Judge Patterson:

We are the attorneys for Plaintiff in the above. Respectfully, your Honor's Endorsement on Friday evening of Brian A. Bloom's fax of February 22, 2008 was made without our having had an opportunity to respond.[1] Our client is most desirous that the court scheduled settlement conference on February 28, 2008 at 9:30am not be delayed, but at the same time it wishes to avoid additional and unnecessary expense – the very reason for the conference.

Please be advised that this action, as well as the California action, is being supervised and directed by Greystone's New York office to which its CA counsel and I regularly report. The client and I are both fully informed of, and acquainted with, the proceedings in CA. At the court settlement

---

[1] We are also in receipt this afternoon of Jeremy A. Shure, Esq.'s fax of today which does not require a response.

## HARNIK WILKER & FINKELSTEIN LLP

Hon. Robert P. Patterson
February 25, 2008
Page 2 of 2

conference which I will attend on Thursday on plaintiff's behalf, I will be accompanied by a client's representative who will have full authority to speak on behalf of Greystone Servicing Corporation, Inc., as well as Greystone CDE, LLC, and to make a global settlement, if so advised. Greystone's CA counsel (who is not a member of this bar and has not appeared *pro hac vice*) is not available on Thursday. Nevertheless, my client is opposed to having to re-schedule the conference. And, it does not want to fund a trip by its CA counsel to New York to attend the conference which, as explained herein, is wholly unnecessary under the circumstances. Parenthetically, we have not been able to find any case wherein an out-of-state attorney, not appearing *pro hac vice*, was ordered to attend a settlement conference (and certainly not in a case where the attorney was 3000 miles away).

Accordingly, we hereby confirm the settlement conference on Thursday, and respectfully request that it proceed as scheduled, but without Greystone's CA counsel present.

Respectfully,

Stephen M. Harnik

SMH: sc
CC:   Brian Bloom, Esq.
      Jonathan Lienhard, Esq.
      Jeremy A. Shure, Esq.