# EXHIBIT "C"

### Shure, Jeremy

**From:** Shure, Jeremy
**Sent:** Monday, March 03, 2008 3:29 PM
**To:** 'stephen@harnik.com'
**Cc:** David, Donald
**Subject:** Greystone Servicing Corporation.

Stephen:

As you know, this firm represents Santa Fe Point, L.P., Santa Fe Pointe Management, LLC, Rant LLC, and Theotis F. Oliphant. The purpose of this email is to inquire as to whether you are authorized to accept service of process on behalf of Greystone Servicing Corporation, Inc.

If you are not, we will take steps to serve the entity directly.

Kindly advise as soon as possible so that we know how to proceed.

Kind regards,

Jeremy A. Shure
Akerman Senterfitt LLP
335 Madison Avenue | Suite 2600
New York, NY 10017
tel: 212.880.3814
fax: 866.223.2829
jeremy.shure@akerman.com