EXHIBIT "D"



### AkermanSenterfitt LLP
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017

www.akerman.com

212 880 3800 *tel*    212 880 8965 *fax*

Brian A. Bloom
212 880 3832 *direct tel*
212 905 6409 *direct fax*
brian.bloom@akerman.com

March 6, 2008

**VIA TELEFAX**

Stephen M. Harnik, Esq.
Harnik Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, NY 10022

Re:  **Greystone CDE LLC v. Sante Fe, et al.; Service of Summons and Counterclaim**

Dear Stephen:

    As you know, this firm represents the defendant-counterclaimants in connection with the above-referenced action presently pending in the United States District Court for the Southern District of New York.

    This correspondence is written as a follow up to (i) Jeremy Shure's email to you on March 3, 2008, to which we received no response; and (ii) our telephone conference yesterday wherein I requested that you accept service of process of the summons and counterclaim on behalf of additional counterclaim defendant Greystone Servicing Corporation, Inc. (hereinafter "Greystone Servicing"). You indicated that you would check with your client and let me know. However, I have not heard back from you concerning whether you will accept service of process on behalf of Greystone Servicing.

    Kindly advise the undersigned by the close of business today whether you are authorized to accept service of the summons and counterclaim on behalf of Greystone Servicing. If we do not hear back from you, we will assume that you are not authorized to accept service on behalf of Greystone Servicing, and will have no choice but to serve Greystone Servicing directly.

                      Sincerely yours,

                      **AKERMAN SENTERFITT LLP**

                      Brian A. Bloom

{NY028109;2}

Stephen M. Harnik, Esq.
March 6, 2008
Page 2

cc:   Donald N. David, Esq.

{NY028109;2}