# EXHIBIT "E"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

GREYSTONE CDE, LLC,

    *Plaintiff-Counterclaim Defendant,*

- against -

SANTE FE POINTE, L.P.,
SANTE FE POINTE MANAGEMENT, LLC
RANT LLC, and
THEOTIS F. OLIPHANT,

    *Defendants-Counterclaimants,*

- against -

GREYSTONE SERVICING CORPORATION, INC.,

    *Additional Counterclaim Defendant.*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-CV.8377 (RPP)



TO: (Name and address of Defendant)

GREYSTONE SERVICING CORPORATION, INC.
152 West 57th Street, 60th Floor
New York, New York 10019

YOU ARE HEREBY SUMMONED and required to serve on *Defendants-Counterclaimants'* ATTORNEY (name and address)

DONALD N. DAVID, ESQ.
Akerman Senterfitt LLP
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: (212) 880-3856

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      MAR 0 5 2008

CLERK      DATE

*Maria Davino*

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and counter-claim was made by me | March 7, 2008  3:23 P.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Julius Thompson | |

_Check one box below to indicate appropriate method of service_

☒ Served personally upon the defendant. Place where served: Served in Lobby of 152 West 57th Street, Accepted by Christina Farina, Managing Agent, White Female, Brown Hair, 48 years old, 130 lbs and 5ft 5in

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I also served the following: Summons in a Civil Action, Answer with Affirmative Defenses and Counterclaims, Individual practices of Judge Patterson, Jr. Amended Instructions/Procedures

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/08
_Date_

_Signature of Server_

_Address of Server_  99 Featherbed Lane
Bronx NY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

7AS13116228