# EXHIBIT "F"

Form 19 - SECRETARY OF STATE - 306                    ATTN: BRIAN BLOOM
AKERMAN & SENTERFITT, LLP                             STATE OF NEW YORK
US DISTRICT COURT         SOUTHERN/NY COUNTY
                                                      Index No. 07 CV 8377
                                              ptlff.counterclaim
GREYSTONE CDE, LLC                            Defendant    Date Filed

              - against -                                 Office No.
                                              add.countercalimants
SANTE FE POINTE, L.P., ETAL                               Court Date:  / /

GREYSTONE SERVICING CORPORATION
ADD'T. COUNTERCLAIM DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
DANIEL MILLER                      being duly sworn, deposes and says that
he is over the age of 18 years, resides in the State of New York and is
not a party to this action.  That on the
    20th  of March,  2008 at  10:10 AM
at the Office of the Secretary of State of the State of New York in the
City of Albany, New York, he served the
    ANSWER & COUNTERCLAIMS; SUMMONS IN A CIVIL SUIT
    INDIVIDUAL PRACTICES OF JUDGE ROBERT P. PATTERSON, JR.
    PROCEDURES FOR ELECTRONIC CASE FILING; 3RD
    AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL
UPON: GREYSTONE SERVICING CORPORATION, INC.
the DEFENDANT in this action, by delivering to and leaving with
    DONNA CHRISTY,  CLERK AUTHORIZED TO ACCEPT SERVICE
in the office of the Secretary of State of New York, two true copies
thereof and at the same time of making such service, deponent paid said
Secretary of State, a fee of $40. That said service was made pursuant to
Section 306 of the BCL.

    Deponent further describes the person actually served as follows:

    SEX: FEMALE          COLOR: WHITE          HAIR: BLONDE
    APP. AGE: 35         APP. HT: 5:5          APP. WT: 130
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
20th DAY OF March, 2008nl               DANIEL MILLER
                                        AETNA CENTRAL JUDICIAL SERVICES
    MICHAEL G. ALOISI                   225 BROADWAY, SUITE 1802
    Notary Public - State of New York   NEW YORK, NY, 10007
    #01AL6080041                        Reference No: 7AS13118120
    Qualified in Rensselaer County
    Commission Expires May 18, 20__