UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREYSTONE CDE, LLC,<br>                    *Plaintiff-Counterclaim*<br>                    *Defendant,*<br><br>      - against –<br><br>SANTE FE POINTE, L.P.,<br>SANTE FE POINTE MANAGEMENT, LLC<br>RANT LLC, and<br>THEOTIS F. OLIPHANT,<br><br>                    *Defendants-*<br>                    *Counterclaimants*<br>      - against -<br><br>GREYSTONE SERVICING CORPORATION,<br>INC.,<br><br>                    *Additional Counterclaim*<br>                    *Defendant.* | <u>Civil Case No</u>:  07-CV.8377 (RPP)<br><br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I, Elissa P. Fudim, do hereby certify under penalty of perjury, that I have, on this date, served the Declaration of Donald N. David, dated March 24, 2008, with exhibits attached thereto, and the Memorandum of Law in Support of Defendant-Counterclaimants' Reply Memorandum of Law In Further Support of Motion to Transfer Venue of the above-captioned case to the United States District Court for the Northern District of California, by causing a copy thereof to be filed via the court's ECF filing system, and sent via Federal Express, overnight delivery, to:

> Stephen M. Harnik
> Harnick Wilker & Finkelstein LLP
> *Attorneys for Plaintiff*
> 645 Fifth Avenue, 7[th] Floor
> New York, NY 10022

Dated: New York, New York
       March 24, 2008

Elissa P. Fudim