MAR 21 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

# HARNIK WILKER & FINKELSTEIN LLP
Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022 - 5937
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

IRA A. FINKELSTEIN
STEPHEN M. HARNIK

LUKAS M. STUHLPFARRER*
CHRISTIAN VOTAVA

* MBA, LLM (not admitted)

**MEMO ENDORSED**

Of Counsel:

DENISE G. DARMANIAN
NICHOLAS A. GALLO, III**
HENRY O. LEICHTER
STEPHEN P. H. RACHLIS
P. JAY WILKER

**New Jersey Bar and
Bar of U.S. Patent Office only

March 20, 2008

**Via Fax  212 805 7917**
**Page 1 of 1**
Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Re:  **Greystone CDE, LLC v. Santa Fe Pointe, L.P. et.al.**
**U.S. Dist. Ct., SDNY, Docket No. 07 CIV 8377**

Dear Judge Patterson:

We write with reference to your Honor's Endorsed Memo of today's date wherein your Honor has "Set deadlines/Hearing as 57 MOTION for Summary Judgment: Responses due by 4/8/2008, Replies due by 4/15/2008)." Perhaps because Mr. Shure mischaracterized my letter, your Honor has set deadlines for the summary judgment motion only. In fact, the Cross-Motion relates to docket #s 55 & 56 as well (motion to dismiss the counterclaim). We will appreciate if the docket can be corrected in this regard.

Thank you.

Respectfully,

Stephen M. Harnik

SMH: sc
CC:  Brian Bloom, Esq.
     Jonathan Lienhard, Esq.

*[Handwritten endorsement:]* No objections having been filed, the cross motions will be heard on the same schedule. So ordered. Robert P. Patterson, Jr. USDJ, 3/25/08