```
         - 3 2008
     JUDGE [......] ERSON
```

**AkermanSenterfitt** LLP
ATTORNEYS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017

www.akerman.com

212 880 3800 tel   212 880 8965 fax

Jeremy A. Shure

Direct tel. 212 880 3814
jeremy.shure@akerman.com

April 2, 2008

**MEMO ENDORSED**

**VIA FACSIMILE 212-805-7917**

Honorable Judge Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Greystone CDE, LLC v. Sante Fe Pointe, L.P., et al.*; SDNY Case No. 07CV.8377

Honorable Judge Patterson:

This firm represents Defendant-Counterclaimants Santa Fe Pointe L.P., Santa Fe Pointe Management L.L.P., Rant, L.L.C. and Theotis F. Oliphant (collectively "The Oliphant Parties") in connection with the above-referenced action.

By this letter, the Oliphant Parties respectfully request a two week extension to file the opposition to Greystone's Motions for Summary Judgment and for Dismissal. The Oppositions are currently due on April 8, 2008 and replies are currently due on April 15, 2008.

Prior to contacting the Court, undersigned Counsel secured consent to the extension from Steven Harnik, Counsel to Greystone.

In an attempt to preserve financial resources and avoid duplicative work, the Oliphant Parties intended to have their counsel in the California Action (Eric J. Farber, Esq.) take the laboring oar in preparing the opposition papers. Effective yesterday, Mr. Farber's firm has merged with the Pinnacle Law Group in California – the merger, which was to occur May 1st, but was moved up a month only last week – makes it almost impossible for Mr. Farber's office to respond to Greystone's moving papers this week.

{NY029636;1}

Honorable Judge Robert P. Patterson, U.S.D.J.
April 2, 2008
Page 2

---

Further, this request for an extension does not effect the Oliphant Parties' Motion to Transfer this case to the Northern District of California, as that matter is fully briefed for this Court and awaiting decision.

Having received the consent of Greystone's counsel, the Oliphant Parties respectfully request a two week extension of time to file their opposition to Greystone's motions for summary judgment and for dismissal, such that oppositions are due on April 22, 2008 and replies are due on April 29, 2008.

If you have any questions, comments or concerns, please contact the undersigned.

Respectfully submitted,

AKERMAN SENTERFITT LLP

Jeremy A. Shure

*So ordered*
*Robert P. Patterson*
*USDJ*
*4/3/08*

cc: Stephen M. Harnik (via Facsimile)
*Counsel for Plaintiff and Counterclaim Defendant*
Eric J. Farber, (via Facsimile)
*Counsel for the Oliphant Parties in the California Action*

{NY029636;1}