UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREYSTONE CDE, LLC,<br>*Plaintiff-Counterclaim Defendant,*<br>- against --<br><br>SANTE FE POINTE, L.P.,<br>SANTE FE POINTE MANAGEMENT, LLC<br>RANT LLC, and<br>THEOTIS F. OLIPHANT,<br><br>*Defendants-Counterclaimants*<br>- against -<br><br>GREYSTONE SERVICING CORPORATION, INC.,<br><br>*Additional Counterclaim Defendant.* | Civil Case No: 07-CV.8377 (RPP)<br><br><u>**CERTIFICATE OF SERVICE**</u> |

I, Elissa P. Fudim, do hereby certify under penalty of perjury, that I have, on this date, served the Defendant-Counterclaimants' Memorandum of Law In Opposition to Plaintiff's Motion for Summary Judgment and to Dismiss Counterclaims, dated April 22, 2008 and Defendant-Counterclaimants' Local Rule 56.1 Objection and Counterstatement dated April 22, 2008, by causing a copy thereof to be sent via the Court's Electronic Court Filing (ECF) system and via Federal Express overnight delivery to:

Stephen M. Harnik, Esq.
Harnik Wilker & Finkelstein LLP
645 Fifth Avenue, 7th Floor
New York, NY 10022
*Attorneys for Plaintiff and Counterclaim Defendant*

Dated: New York, New York
April 22, 2008

*[signature]*
Elissa P. Fudim

{NY030468;1}