Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
And Greystone Servicing Corp. Inc.
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| Greystone CDE, LLC, <br>         Plaintiff, <br> - against - <br> Santa Fe Pointe, L.P., <br> Santa Fe Pointe Management, LLC, <br> Rant LLC, and <br> Theotis F. Oliphant, <br>         Defendants. | Docket No. 07 civ. 8377 (RPP) <br><br> **SUPPLEMENTAL DECLARATION IN SUPPORT OF CROSS-MOTION TO DISMISS ETC. AND FOR SUMMARY JUDGMENT** |

------------------------------------------------------------X

I, Stephen M. Harnik, under penalty of perjury as prescribed in 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and of this Court, and make this Supplemental Declaration in support of the motion of plaintiff, Greystone CDE, LLC AND Greystone Servicing Corporation, Inc.

## EXHIBITS

Annexed as exhibits hereto are originals or true copies of the following papers submitted in the California action:

| | |
|---|---|
| Exhibit F: | Letter of Eric J. Farber to Judge Spero, Dated March 27, 2008. |
| Exhibit G: | Letter of Mark D. Kemple to Judge Spero, Dated March 27, 2008. |
| Exhibit H: | Plaintiff's Memorandum of Points and Authorities In Opposition to Motion to Dismiss, Dated March 28, 2008; Plaintiff's Request for Judicial Notice in Opposition To Motion to Dismiss, Dated March 28, 2008. |
| Exhibit I: | Judge Spero's Order Granting Defendants' Motion for Leave to File a Motion for Reconsideration of February 4, 2008 Order Denying Defendants' Motion to Transfer Venue, Setting Briefing and Hearing Schedule for Motion to Reconsider, and Denying Motion to Dismiss Without Prejudice, Dated April 3, 2008. |
| Exhibit J: | Plaintiff's Memorandum of Points and Authorities In Opposition to Motion to Reconsider, Dated April 18, 2008; Declaration of William W. Schofield in Opposition to Motion to Reconsider, Dated April 16, 2008 |
| Exhibit K: | Defendants' Reply in Support of Motion for Reconsideration of February 4, 2008 Order Denying Defendants' Motion to Transfer Venue, Dated April 25, 2008. |
| Exhibit L: | Letter of Mark D. Kemple to Judge Spero, Dated April 25, 2008. |
| Exhibit M: | Letter of William W. Schofield to Judge Spero, Dated April 28, 2008. |

Dated:   New York, New York
         April 29, 2008

_____
STEPHEN M. HARNIK (SH 9889)