Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
And Greystone Servicing Corp. Inc.
Olympic Tower
645 Fifth Avenue, 7th floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Greystone CDE, LLC,                                                      Docket No. 07 civ. 8377 (RPP)
                             Plaintiff,
    - against -
Santa Fe Pointe, L.P.,
Santa Fe Pointe Management, LLC,             **AFFIDAVIT OF SERVICE**
Rant LLC, and
Theotis F. Oliphant,
                            Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                                            )ss.:
COUNTY OF NEW YORK  )

    I, Sarah C. Claridad, being sworn, say:

    I am not a party to the action, am over 18 years of age and reside at 1515 Lexington Avenue, New York, N.Y. 10029.

    On the 29th day of April, 2008, I served the Plaintiff's Reply Memo of Law and Harnik Supplemental Declaration, herein by depositing a true copy thereof with Federal Express addressed to the person at the last known address set forth:

        Brian A. Bloom, Esq.
        Akerman Senterfitt LLP
        335 Madison Avenue, Suite 2600
        New York, NY 10017 – 4636

                                                                      _____
                                                                    Sarah C. Claridad

Sworn to before me the
29th day of April, 2008.
_____
Notary Public
STEPHEN M. HARNIK
Notary Public State of New York
    No. 02HA-4694243
 Qualified in New York County
Commission Expires May 31, 2011