Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff Greystone CDE, LLC
& Additional Counterclaim
Defendant Greystone Servicing Corp. Inc.
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Greystone CDE, LLC,                                    Docket No. 07 civ. 8377 (RPP)
        Plaintiff-Counterclaim,
        Defendant,

    - against -                                **NOTICE OF MOTION FOR**
Santa Fe Pointe, L.P.,                                 **RECONSIDERATION OR**
Santa Fe Pointe Management, LLC,                       **REARGUMENT**
Rant LLC, and                                          **AND FOR A STAY**
Theotis F. Oliphant,
        Defendants-Counterclaimants

    -against-
Greystone Servicing Corporation, Inc.,
        Additional Counterclaim
        Defendant.
----------------------------------------------------------X


S I R S:

      PLEASE TAKE NOTICE, that upon the transcript of the oral argument before the

1

court on May 13, 2008, the Memorandum of Law of even date submitted herewith, and upon all prior pleadings and proceedings had herein, the undersigned will move this Honorable Court, Robert P. Patterson, Jr. United States District Judge on such date and at such time as counsel may be heard and court may direct, at the United States Federal Courthouse, 500 Pearl Street, New York, NY 10007-1312, pursuant to L.C.R. 83.1, for the following relief:

(1) That the clerk of the court be directed *not* to transfer the originals of all papers on file in the case pending determination of the instant motion; and further,

(2) Pursuant to Fed. R.Civ. P. 52 and 60 and L.C.R. 6.3, for reconsideration or reargument of this court's oral order of May 13, 2008, and upon the grant of such motion:

i)    order that plaintiff's motion for summary judgment be granted; alternatively,

ii)   that the Order to be entered herein denying plaintiff's motion for summary judgment specifically state that the denial is without prejudice; and

iii)  for such other and further relief as the Court deems just and proper under the circumstances.

PLEASE TAKE FURTHER NOTICE, that pursuant to L.C.R. 6.1, any opposing affidavits and answering memoranda shall be served within ten (10) business days after service hereof, or such earlier time as the court may direct.

2

Dated:     New York, New York
            May 19, 2008

                        Harnik Wilker & Finkelstein LLP

                        by: Stephen M. Harnik, Esq. (SH 9889)
                        Attorneys for Plaintiff,Greystone CDE, LLC
                        and Counterclaim
                        Defendant Greystone Servicing Corp. Inc.
                        645 Fifth Avenue, 7th Floor
                        New York, NY  10022
                        (212) 599-7575


To:    Donald N. David, Esq.
       Brian A. Bloom, Esq.
       Jeremy A. Shure, Esq.
       Akerman Senterfitt LLP
       Attorneys for Defendants
       335 Madison Avenue, Suite 2600
       New York, NY 10017
       (212)880-3800

3