Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff Greystone CDE, LLC
& Additional Counterclaim
Defendant Greystone Servicing Corp. Inc.
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Greystone CDE, LLC,
   Plaintiff-Counterclaim,
   Defendant,
 - against -
Santa Fe Pointe, L.P.,
Santa Fe Pointe Management, LLC,
Rant LLC, and
Theotis F. Oliphant,
   Defendants-Counterclaimants
 -against-
Greystone Servicing Corporation, Inc.,
   Additional Counterclaim
   Defendant.
-----------------------------------------------------------X

Docket No. 07 civ. 8377 (RPP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
          )ss.:
COUNTY OF NEW YORK )

 I, Sarah C. Claridad, being sworn, say:

 I am not a party to the action, am over 18 years of age and reside at 1515 Lexington Avenue, New York, N.Y. 10029.

 On the 19th day of May, 2008, I served the Notice of Motion for Reconsideration or Reargument for a Stay and Plaintiff's Memo of Law in Support of Motion for Reconsideration or Reargument for a Stay, herein by depositing a true copy thereof with Federal Express addressed to the person at the last known address set forth:

  Brian A. Bloom, Esq.
  Akerman Senterfitt LLP
  335 Madison Avenue, Suite 2600
  New York, NY 10017 – 4636

               _____
               Sarah C. Claridad

Sworn to before me the
19th day of May, 2008.
_____
Notary Public
STEPHEN M. HARNIK
Notary Public State of New York
 No. 02HA-4694243
 Qualified in New York County
Commission Expires May 31, 2011